# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:21-mj-00023 |
| --- | --- | --- |
| v. | ) | Assigned to: Judge Harvey, G. Michael |
|  | ) | Assign Date: 1/09/2021 |
| LARRY RENDALL BROCK | ) | Description: COMPLAINT W/ARREST WARRANT |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. 1752(a) | Restricted Building or Grounds |
| 40 U.S.C. 5104(e)(2) | Violent Entry or Disorderly Conduct |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Milagro Milaydis Garcia, Special Agent FBI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: January 9, 2021

G. Michael Harvey
2021.01.09 23:04:19 -05'00'

*Judge's signature*

City and state: Washington, D.C.

Hon. G. Michael Harvey, U.S. Magistrate Judge

*Printed name and title*