## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal Nos.** |
| | : | |
| **v.** | : | **18 U.S.C. § 1752(a) and 40 U.S.C. § 5104(e)(2)** |
| | : | |
| **LARRY RENDALL BROCK,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | **FILED UNDER SEAL** |
| | : | |

## ORDER

Upon consideration of the Government's Motion to Seal the Criminal Complaint and Arrest Warrant, concerning the above-defendant, it is hereby

**ORDERED** that the Criminal Complaint, the Affidavit of the United States for the Criminal Complaint, Arrest Warrant, and the Government's Motion to Seal, and this corresponding Court Order be sealed until further Order of this Court.

**ORDERED** that notwithstanding the sealing, the government may disclose the criminal complaint and arrest warrant in furtherance of its law enforcement and prosecution needs and discovery obligations.

**ORDERED** that upon execution of the arrest warrant in this case, the charging documents shall be unsealed.

1/9/2021
DATE

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE
for the DISTRICT OF COLUMBIA

3