# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case: 1:21-mj-00023<br>Assigned to: Judge Harvey, G. Michael<br>Assign Date: 1/09/2021<br>Description: COMPLAINT W/ARREST WARRANT |
| v. | : | 18 U.S.C. § 1752(a) and 40 U.S.C. § 5104(e)(2) |
| **LARRY RENDALL BROCK,** | : | |
| **Defendant.** | : | **FILED UNDER SEAL** |

## GOVERNMENT'S MOTION TO SEAL
## CRIMINAL COMPLAINT AND ARREST WARRANT

The United States of America respectfully moves for this Court to issue an Order directing that the Criminal Complaint, Affidavit in Support of Criminal Complaint, Arrest Warrant, and this Motion to Seal and the accompanying Order to Seal, be placed under seal until further order of the Court. In support of its motion, the Government, which incorporates by reference the accompanying Affidavit of Special Agent Milagro Milaydis Garcia of the Federal Bureau of Investigations (FBI), states as follows:

The government's request for a criminal Complaint and arrest warrant for defendant, Larry Rendall Brock ("BROCK"), is part of an ongoing covert grand jury investigation. At this time, the government requests that the Criminal Complaint, Affidavit in Support of Criminal Complaint, Arrest Warrant, and this Motion to Seal and the accompanying Order to Seal, be placed under seal because they, in substance, are part of, or relate to, this ongoing investigation. More specifically, disclosure of these documents through their inclusion on the public docket would endanger other aspects of the government's ongoing investigation, including the destruction of evidence and the safety of potential witnesses.  In particular, disclosure might alert individuals who are the subject

of the investigation of the existence and extent of the investigation, and it might alert these same individuals of the particular methods being used by law enforcement to investigate their criminal activities. As such, disclosure would undoubtedly frustrate the investigation, likely cause some subjects of the investigation to flee and/or destroy evidence, and could endanger the safety of law enforcement agents and witnesses. Accordingly, these facts present an extraordinary situation and a compelling governmental interest which justify sealing of documents pertaining to this investigation that are being submitted at this time. *See Washington Post v. Robinson*, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991); *United States v. Hubbard*, 650 F.2d 293, 316-17 (D.C. Cir. 1980).

WHEREFORE, for all the foregoing reasons, the government respectfully requests that the Criminal Complaint, Affidavit in Support of Criminal Complaint, Arrest Warrant, and this Motion to Seal and the accompanying Order to Seal, be placed under seal until further order of the Court.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
N.Y. Bar No. 4444188

By:   /s/ Ahmed Baset
AHMED BASET
Assistant United States Attorney
Ill. Bar. No. 6304552
U.S. Attorney's Office for the District of Columbia
Public Corruption & Civil Rights Section
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
AHMED.BASET@USDOJ.GOV
Tel: (202) 252-7097

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal Nos.** |
| | : | |
| v. | : | **18 U.S.C. § 1752(a) and 40 U.S.C. § 5104(e)(2)** |
| | : | |
| **LARRY RENDALL BROCK,** | : | |
| | : | |
| Defendant. | : | |
| | : | **FILED UNDER SEAL** |
| | : | |

## ORDER

Upon consideration of the Government's Motion to Seal the Criminal Complaint and Arrest Warrant, concerning the above-defendant, it is hereby

**ORDERED** that the Criminal Complaint, the Affidavit of the United States for the Criminal Complaint, Arrest Warrant, and the Government's Motion to Seal, and this corresponding Court Order be sealed until further Order of this Court.

**ORDERED** that notwithstanding the sealing, the government may disclose the criminal complaint and arrest warrant in furtherance of its law enforcement and prosecution needs and discovery obligations.

**ORDERED** that upon execution of the arrest warrant in this case, the charging documents shall be unsealed.

G. Michael Harvey
2021.01.09
23:05:25 -05'00'

1/9/2021
DATE

HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE
for the DISTRICT OF COLUMBIA

3