UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | |
| **v.** : | Case No.: 1:21-cr-00140-JDB |
| : | |
| **LARRY BROCK** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney April Ayers-Perez, who may be contacted by telephone at 956-754-0946 or email at April.Perez@usdoj.gov.  This is notice of her appearance in this matter on behalf of the United States.  This appearance is in place of Assistant United States Attorney Ahmed Baset.

        Respectfully submitted,

        MICHAEL R. SHERWIN
        Acting United States Attorney
        N.Y. Bar No. 4444188

By:    /s/ *April Ayers-Perez*
        April Ayers-Perez
        Assistant United States Attorney
        Detailee
        United States Attorney's Office
        District of Columbia
        Cell No. (956) 754-0946
        Texas Bar Number: 24090975
        April.Perez@usdoj.gov

## CERTIFICATE OF SERVICE

On this 23rd day of February 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *April Ayers-Perez*
April Ayers-Perez
Assistant United States Attorney
Detailee
United States Attorney's Office
District of Columbia
Cell No. (956) 754-0946
Texas Bar Number: 24090975
April.Perez@usdoj.gov