1   *THE COURT:*  All right.  Well, based on the evidence
2   and the testimony before the Court, I will find that there is
3   probable cause for the charges in the criminal complaint out
4   of the District of Columbia.
5          As pointed out, the defendant is charged with
6   misdemeanor charges carrying the exposure as disclosed by the
7   defense.  I'm considering the factors under the statute,
8   Section 3142, and in weighing those in light of the evidence
9   and the information I have, I'm taking into account that the
10  defendant quickly self-surrendered, he did not possess
11  weapons, or, at this stage, have any evidence of violent
12  actions involved with his alleged activities on January 6th,
13  and his long and distinguished military career.
14         I believe that any of the concerns regarding risk of
15  flight or nonappearance or a danger to the community can be
16  addressed with an appropriate set of conditions and
17  combination of conditions that will assure that this defendant
18  will not be a risk of flight or a danger to the community.
19         They are going to be restrictive.  There is going to
20  be location monitoring and restricted travel of the defendant,
21  as well as other tightly-composed conditions.
22         So, we'll need to stand in recess for a few minutes
23  while an order setting conditions of release is prepared, and
24  I will go over those with you, Mr. Brock, and you'll go
25  through those with your attorney before I even do that.