AO 199A (Rev. 12/11) Order Setting Conditions of Release                                    Page 1 of 3       Pages

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas, Fort Worth Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   4:21-MJ-017 |
| LARRY RENDALL BROCK | ) | |
| *Defendant* | ) | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JAN 1 4 2021

CLERK, U.S. DISTRICT COURT

By_____ Deputy

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   The defendant must appear at:   United States Courthouse, 333 Constitution Avenue, NW, Washington, DC 20001
   *Place*

   Before Magistrate Judge G. Michael Harvey

   on _____ as directed by the Court and/or US Probation Officer
   *Date and Time*

   If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B   (.......... ......,) .......... ............. .. ........                                                                                    ..g. __ .. __ ...ges

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(   )   (6)   The defendant is placed in the custody of:
      Person or organization      _____
      Address *(only if above is an organization)*    _____
      City and state                         Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                                       Signed: _____     _____
                                                   *Custodian*                           *Date*

( X )   (7)   The defendant must:
     ( X )   (a)   submit to supervision by and report for supervision to the   United States Probation Officer as directed      ,
                 telephone number              , no later than                        .
     ( X )   (b)   continue or actively seek employment.
     (   )   (c)   continue or start an education program.
     ( X )   (d)   surrender any passport to:      and/or any passport card to the United States Probation Office
     ( X )   (e)   not obtain a passport or other international travel document.
     ( X )   (f)   abide by the following restrictions on personal association, residence, or travel:   Travel restricted to the Northern District of Texas
                 and to and from the District of Columbia for Court purposes unless permission received from the US Probation Officer
     ( X )   (g)   avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
                 including:    but not limited to anyone involved in anyway with the US Capitol protest held on January 6, 2021
                 and any protest participants , those involved in the organization or planning of a protest
     (   )   (h)   get medical or psychiatric treatment:                                       
     (   )   (i)   return to custody each         at      o'clock after being released at       o'clock for employment, schooling,
                 or the following purposes:                                      
     (   )   (j)   maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
                 necessary.
     ( X )   (k)   not possess a firearm, destructive device, or other weapon.
     ( X )   (l)   not use alcohol (      ) at all (   X   ) excessively.
     ( X )   (m)   not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
                 medical practitioner.
     (   )   (n)   submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random
                 frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited
                 substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited
                 substance screening or testing.
     (   )   (o)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
                 supervising officer.
     ( X )   (p)   participate in one of the following location restriction programs and comply with its requirements as directed.
                 (   ) (i)   **Curfew.** You are restricted to your residence every day (    ) from        to        , or (    ) as
                         directed by the pretrial services office or supervising officer; or
                 ( X ) (ii)   **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical,
                         substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities
                         approved in advance by the pretrial services office or supervising officer; or
                 (   ) (iii)   **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
                         court appearances or other activities specifically approved by the court.
     ( X )   (q)   submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program
                 requirements and instructions provided.
                 ( X   ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or
                         supervising officer.
     ( X )   (r)   report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including
                 arrests, questioning, or traffic stops.
     ( X )   (s)   Not participate in any capacity in any criminal activity, associate with any person engaged in any criminal activity, or enter into, or
                 perform under, any agreement to act as an informer for, or special agent of, any governmental agency without permission of the court.
     ( X )   (t)   Restricted from entering the US Capitol or the grounds of the US Capitol
     ( X )   (u)   no access the internet except for participation in online classes which he is enrolled. and internet monitoring by the US Probation Officer,
subject to change if unable to adapt monitoring, *further exception of internet access specifically approved by his pretrial officer.*

                                         *JC*

AO 199C  (Rev. 09/08)  Advice of Penalties

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3)  any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4)  a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

Fort Worth, TX
_____
City and State

### Directions to the United States Marshal

( ✓ )  The defendant is ORDERED released after processing.
(    )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: January 14, 2021

_____
Judicial Officer's Signature

JEFFREY L. CURETON, UNITED STATES MAGISTRATE JUDGE
_____
Printed name and title

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

18