1      *THE COURT:* You can be seated and go about your
2  business.  I apologize.
3          *(Pause in proceedings)*
4          *THE COURT:* Let me have order in the courtroom.
5  We're going back on the record for a moment.
6          Mr. Weimer, you had something you wanted to bring to
7  my attention?
8          *MR. WEIMER:* Yes.  As far as the conditions are
9  concerned, given the nature with which all of these protests
10 have been organized, and Mr. Brock's inflammatory postings as
11 well, can we ask for a no-internet condition?
12         *THE COURT:* Yes.  I was trying to think if there was
13 less restrictive, but I don't think I could monitor social
14 media access without restricting internet access.  There's
15 just too many ways to monitor -- or to access the internet.
16         Let me hear from Mr. Antonio, after he confers with
17 his client.
18         *MR. ANTONIO:* Court's brief indulgence?
19         *THE COURT:* Uh-huh.
20         *(Pause in Proceedings)*
21         *THE COURT:* Yes, sir.
22         *MR. ANTONIO:* Your Honor, here's the issue.  He has
23 a class that he takes and it's all online.
24         *THE COURT:* I read that on this report.
25         *MR. ANTONIO:* And so my recommendation is to have an