UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LARRY RENDALL BROCK,<br><br>Defendant. | Crim. No. 21-140 (JDB) |

### ORDER

Upon consideration of the representations made at the status conference held on April 27, 2021, and the entire record herein, and with the agreement of defendant, the government, and Pretrial Services, it is hereby

**ORDERED** that defendant shall be allowed to travel throughout the Northern District of Texas for job-related purposes only without pre-approval from his Pretrial Services officer, but still must notify his Pretrial Services Officer of travel; it is further

**ORDERED** that defendant may possess a smartphone as long as it has software downloaded on it to allow Pretrial Services to monitor his social media or internet use on the device; and it is further

**ORDERED** that defendant shall continue to comply with all other conditions of his pretrial release as set forth in [13] the January 14, 2021 Order Setting Conditions of Release and [14] the Court's April 16, 2021 Order.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: May 12, 2021

1