

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

June 21, 2021

**Charles Burnham**
BURNHAM & GOROKHOV PLLC
1424 K Street, NW
Suite 500
Washington, DC 20005

    Re:    *United States v. Larry Brock*
              Case No. 1:21-cr-00140-JDB

Dear Mr. Burnham:

    In accordance with Rule 16 of the Federal Rules of Criminal Procedure, and as otherwise required by law (*e.g.*, *Brady v. Maryland*, 373 U.S. 63 (1963), *United States v. Giglio*, 405 U.S. 150 (1972)), the Government has produced preliminary discovery through USAfx File no. 134638468690, which contains discovery divided into files named: Brock HIGHLY SENSITIVE Materials, Brock SENSITIVE Materials, Brock Reports, Brock Facebook SW Return, Brock Screenshots, Brock Court Documents, and Brock Capitol Video. This is all contained within a larger folder entitled Brock Discovery 21CR140. Preliminary discovery was originally uploaded to USAfx in this case on March 31, 2021, and was subsequently supplemented on May 16-27, 2021.

    The following documents have been shared via USAfx in the first batch of preliminary discovery:

| Serial No. | Document/Video/Photo |
|---|---|
| 3 | Picture sent to SA Montgomery |
| 9 | Larry Brock – Twitter image.jpg |
| 9 | Larry Brock – Twitter image2.jpg |
| 9 | Larry Brock – Twitter image3.jpg |
| 9 | Larry Brock – Facebook image.jpg |
| 9 | Larry Brock – Google image (New Yorker) |

| 9  | Larry Brock – Facebook image3.jpg |
| --- | --- |
| 9  | Larry Brock – Facebook image2.jpg |
| 52 | Screenshot.JPG |
| 52 | Brock video.mp4 |
| 54 | Brock Screenshot.jpg |
| 54 | Brock Screenshot.jpeg |
| 54 | Brock Screenshot.jpg |
| 54 | Screen Shot 2021-01-09 at 3.29.28 PM |

The following documents have been shared via USAfx in the second batch of preliminary discovery:

| **Serial No.** | **Document/Video/Photo** |
| --- | --- |
| 1  | BROCK Opening Document |
| 1  | Larry Brock.pdf |
| 1  | BROCK L.docx |
| 2  | Subject Detail Report |
| 2  | Subject Detail Report -Larry Brock.docx |
| 3  | Opening EC – Full Investigation |
| 3  | Brock DL.pdf |
| 3  | Larry Brock CLEAR.docx |
| 3  | Larry Brock TWC103459.pdf |
| 3  | Larry Brock License to Carry103524.pdf |
| 3  | Larry Brock QH & QR103543.pdf |
| 4  | Request WFO/CTOC to add the follow… |
| 4  | Brock FD-65.xml |
| 4  | Signed-Brock Arrest Warrant.pdf |
| 5  | Crisis Intake Form |
| 5  | External Email |
| 6  | Warrant Entry |
| 7  | Criminal History and Driver's License Check |
| 7  | Larry Rendall Brock NCIC |
| 8  | MPD Tip |
| 8  | External Email – MPD Tips |
| 9  | Identification of Larry Rendall Brock |
| 9  | Larry Brock Identification.pdf |
| 10 | Face Comparison – Larry Rendall Brock (SENSITIVE) |
| 10 | Brock Comparison.pdf |
| 11 | From: notification.texttips… |
| 12 | Coverage of Lead 1381 |
| 12 | Brock Accurint Report.pdf |
| 13 | MPD Tip |
| 13 | External Email – New Tip |

| 14 | Photos of Larry Brock |
|---|---|
| 15 | Photos of Larry Brock |
| 16 | Brock Signed Arrest Warrant |
| 17 | Preservation Request to Facebook |
| 19 | Information for Lead 1003 regarding Larry Brock |
| 19 | Brock DMV.jpg |
| 19 | CLEAR Brock.pdf |
| 19 | Brock WantsWarrants.pdf |
| 19 | Brock Criminal History |
| 19 | Brock Accurint.pdf |
| 20 | From: notificationtexttips |
| 21 | Video Collected from USCP Report (HIGHLY SENSITIVE) |
| 21 | USCP Video – 01:15 (HIGHLY SENSITIVE) |
| 21 | USCP Video – 04:31 (HIGHLY SENSITIVE) |
| 21 | USCP Video – 02:44 (HIGHLY SENSITIVE) |
| 21 | USCP Video – 02:31 (HIGHLY SENSITIVE) |
| 21 | USCP Video – 01:40 (HIGHLY SENSITIVE) |
| 21 | USCP Video – 01:25 (HIGHLY SENSITIVE) |
| 24 | Request for Preservation Records – Apple |
| 25 | Interview of [Redacted] |
| 25 | [Redacted] 302 Notes |
| 25 | Larry Brock Termination Letter.pdf |
| 26 | Video Collected from US Senate Report (HIGHLY SENSITIVE) |
| 26 | Senate Floor Video Cam 1 – 52:36 (HIGHLY SENSITIVE) |
| 26 | Senate Floor Video Cam 4 – 1:11:28 (HIGHLY SENSITIVE) |
| 26 | Senate Floor Video Cam 5 – 1:11:28 (HIGHLY SENSITIVE) |
| 26 | Senate Floor Video Cam 6 – 1:11:19 (HIGHLY SENSITIVE) |
| 26 | Senate Floor Video Cam 8 – 53:01 (HIGHLY SENSITIVE) |
| 28 | Intake Form |
| 29 | EC (FD-1057) (SENSITIVE) |
| 29 | 011721-1820.pdf (SENSITIVE) |
| 30 | Interview of [Redacted] |
| 30 | [Redacted] Note 214840.pdf |
| 31 | Request for Preservation of Records – Google |
| 32 | EC (FD-1057) |
| 33 | EC (FD-1057) (SENSITIVE) |
| 33 | Larry Rendall Brock Jr. attachment |
| 35 | Interview Notes |
| 36 | Search of Residence of Larry Brock |
| 40 | Cell Phone Acquired from Arrest of Larry Brock |
| 41 | EC (FD-1057) |
| 42 | Interview Notes |
| 43 | Arrest of Larry Brock |

| | |
|---|---|
| 43 | Brock Arrest Warrant Signed |
| 43 | Brock NTX RCFL Receipt |
| 46 | Interview Notes |
| 47 | Interview Notes |
| 48 | Search Warrant |
| 48 | Admin Worksheet Brock |
| 48 | Photo Disc |
| 48 | FD5978Brock144533.pdf |
| 48 | Final SW Brock |
| 48 | Evidentiary Log Brock |
| 49 | Brock Initial Appearance Report |
| 50 | Brock Detention Hearing Report |
| 50 | Brock Pretrial Release Conditions |
| 51 | Paypal Account Information |
| 51 | Account Info-PayPal |
| 51 | Account Info-PayPal Attachment |
| 52 | Video Downloaded in Reference to Larry Brock (SENSITIVE) |
| 52 | Videodow (SENSITIVE) |
| 54 | Requesting Photo Comparison (SENSITIVE) |
| 66 | Request Cover Sheet |
| 66 | Digital Attachment (SENSITIVE) |
| 67 | Interview Notes of [Redacted] |
| 69 | TTK Review – Public Tip submitted (SENSITIVE) |
| 70 | Sentinal Series: (U) Opening EC |
| 71 | Apartment Floor Layout |
| 72 | Facebook and Instagram Preservation Letters |
| 73 | Larry Brock Termination Letter |
| 73 | Facebook Pictures |
| 75 | DL Photo Brock, Larry |
| 75 | DL rock, Larry |
| 75 | Brock.jpeg |
| 76 | Ping Warrant |
| 76 | Executed Ping Warrant |
| 77 | Larry Brock Property Return |
| 77 | Bock FD-597 |
| 78 | Search Warrant for Electronic Devices |
| 78 | SW Brock devices 1-19-2021 |

      Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of

similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant disclose prior statements of any witnesses defendant intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

*/s/ April H. Ayers-Perez*
April H. Ayers-Perez
Assistant United States Attorney