### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|                          |     |                    |
|--------------------------|-----|--------------------|
| United States            | )   |                    |
|                          | )   |                    |
|          v.              | )   | NO.  1:21cr140     |
|                          | )   |                    |
| Larry Brock              | )   |                    |
|                          | )   |                    |
|          Defendant.      | )   |                    |

### SUPPLEMENT TO MOTION TO MODIFY CONDITIONS OF RELEASE

Comes now, the accused, Larry Brock and offers this supplement to his motion to modify conditions of release to address a recent decision of this Court on a similar issue. ECF 22.  Lt. Col. Brock is requesting this Court to remove him from electronic monitoring.

This Court was recently confronted with a similar request to Lt. Col. Brock's in *United States v. Sturgeon*.  21-cr-91-RCL.  Mr. Sturgeon is another January 6 defendant but unlike Lt. Col. Brock he is charged with Assaulting, Resisting, or Impeding Certain Officers (18 U.S.C. § 111) and Civil Disorder (18 U.S.C. § 231).

According to news reports Mr. Sturgeon assaulted Capitol police officers with a metal police barricade.  He fled to Kenya after January 6 but was deported and arrested at JFK airport.  Social media posts showed him posing with assault weapons.[1]

On July 13 Mr. Sturgeon filed a motion asking this Court to remove him from location monitoring.  ECF. 37.  The motion argued that "Mr. Sturgeon has been in compliance with all conditions of release and has appeared for all of his court

---

[1] *See*, *e.g.,* https://www.dailymail.co.uk/news/article-9339519/Capitol-rioter-Isaac-Sturgeon-arrested-FBI-JFK-deported-Kenya.html

proceedings." *Id*. at 2.  Neither probation nor the government opposed the request.  *Id*. This Court granted the motion.  ECF 38.

Lt. Col. Brock commends Mr. Sturgeon's case to this Court as persuasive authority in favor of granting his motion to modify conditions.

Respectfully Submitted,

By:

/s/ *Charles Burnham*
Charles Burnham VSB # 72781
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173
charles@burnhamgorokhov.com

**CERTIFICATE OF SERVICE**

I have served this filing on the government through the ecf system.

Respectfully Submitted,

By: /s/ *Charles Burnham*
Charles Burnham VSB # 72781
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com