# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | No.: 21-CR-140-JDB |
| v. | |
| LARRY BROCK, | |
| Defendant. | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its August 25, 2021 discovery letter in this case, in reference to discovery produced in June through August of 2021, which is hereby served as an attachment via ECF to counsel for the Defendant.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:   */s/ April H. Ayers-Perez*
APRIL H. AYERS-PEREZ
Texas Bar No.: 24090975
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No . (956) 754-0946
April.Perez@usdoj.gov

## CERTIFICATE OF SERVICE

On this 25th day of August, 2021, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

*/s/ April H. Ayers-Perez*
April H. Ayers-Perez
Assistant United States Attorney