# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 21-CR-140-JDB** |
| : | |
| **LARRY BROCK,** : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the Joint Motion to Continue October 25, 2021 Status Conference for 60 Days, it is this ___ day of _____, 2021 hereby

**ORDERED**, that the Joint Motion to Continue October 25, 2021 Status Conference for 60 Days is **GRANTED** and the time from October 25, 2021, through the next status conference, will be excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) as the exclusion would serve the ends of justice and outweigh the interest of the public and of Mr. Brock in a speedy trial.

**SO ORDERED**

_____     _____
DATE                          **HONORABLE JOHN D. BATES**
                              **UNITED STATES DISTRICT JUDGE**