## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|                          |   |                   |
|--------------------------|---|-------------------|
| United States            | ) |                   |
|                          | ) |                   |
|     v. | ) | NO.  1:21cr140   |
|                          | ) |                   |
| Larry Brock              | ) |                   |
|                          | ) |                   |
|                          | ) |                   |
|   Defendant.   | ) |                   |

## MOTION TO CONTINUE STATUS

Comes now, the accused, Larry Brock and moves to continue his status hearing. The defendant submits as follows:

1. Mr. Brock is set for status before this Court on December 22, 2021 at 11a.m.

2. The most recent discovery updates from the government state that discovery will not be substantially complete until the end of January 2022.  ECF 36.  The evidence.com database is accessible but the relativity database currently is not.

3. The government extended a plea offer on December 15.  Mr. Brock is evaluating the offer and considering possible counters.

4. A short continuance will allow the parties to explore any possibilities for settlement and ensure the discovery is completed as forecast.

5. Mr. Brock is on release and in complete compliance with all conditions.

6. Mr. Brock and undersigned counsel remain prepared to appear before the Court or coordinate a future status date as the Court may wish.

For the foregoing reasons, the defendant submits this motion to the Court for possible sealing.

Respectfully Submitted,

By:

/s/ *Charles Burnham*
Charles Burnham VSB # 72781
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173
charles@burnhamgorokhov.com

**CERTIFICATE OF SERVICE**

I have served this filing on the government through the ecf system.


Respectfully Submitted,


By: /s/ *Charles Burnham*
Charles Burnham VSB # 72781
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com