**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

United States           )
                             )
                             )
             v.             )         NO.  1:21cr140
                             )
Larry Brock            )
                             )
                             )
        Defendant.         )

**PROPOSED ORDER**

It is hereby ordered that the requirement in this Court's April 16, 2021(ECF 14) order that Mr. Brock must permit "the use of internet monitoring software on his electronic devices" is rescinded.

It is further ordered that continuous internet monitoring is no longer necessary due to the problems caused by the monitoring app, but Mr. Brock will still be required to show his phone and activity on his phone, including apps and internet usage, to his pretrial officer at any time.

Entered on:_____.


_____.

Hon. John D. Bates