## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| United States | ) | |
| | ) | |
| v. | ) | NO.  1:21cr140 |
| | ) | |
| Larry Brock | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO CHANGE TIME OF STATUS**

Comes now, the accused, Larry Brock and moves to continue his status hearing. The defendant submits as follows:

1. On December 21 this Court scheduled a status conference via minute order for January 27 at 11am.

2. Undersigned counsel has a previously scheduled matter at 9am on that date which is unlikely to conclude by 11am.

3. Undersigned counsel files the instant motion to inquire whether the Court has availability to hold this hearing on the afternoon of January 27.  Alternatively, counsel for both sides are available on the 26th or the afternoon of the 28th.

For the foregoing reasons, the defendant requests a brief rescheduling of his upcoming status hearing.

Respectfully Submitted,

By:

/s/ *Charles Burnham*
Charles Burnham VSB # 72781
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173
charles@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I have served this filing on the government through the ecf system.

                Respectfully Submitted,

                By: /s/ *Charles Burnham*
                Charles Burnham VSB # 72781
                *Attorney for the Accused*
                Burnham & Gorokhov, PLLC
                1424 K St. NW, Suite 500
                Washington, DC 20005
                (202) 386-6920 (phone)
                (202) 765-2173 (fax)
                charles@burnhamgorokhov.com