UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LARRY RENDALL BROCK<br><br>Defendant. | Crim. No. 21-140 (JDB) |

### ORDER

Upon consideration of [39] defendant's Consent Motion to Modify Conditions of Release, and the entire record herein, and with the agreement of defendant, the government, and Pretrial Services, it is hereby

**ORDERED** that the motion is GRANTED; it is further

**ORDERED** that defendant is no longer required to permit the use of internet monitoring software on his electronic devices; it is further

**ORDERED** that defendant is required to show his phone and activity on his phone, including apps and internet usage, to his Pretrial Services officer at any time, and it is further

**ORDERED** that defendant shall continue to comply with all other conditions of his pretrial release as set forth in [13] the January 14, 2021 Order Setting Conditions of Release, [14] the Court's April 16, 2021 Order, [17] the Court's May 12, 2021 Order, and [30] the Court's August 16, 2021 Memorandum Opinion & Order.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: January 18, 2022