## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| United States | ) | |
| | ) | |
| v. | ) | NO.  1:21cr140 |
| | ) | |
| Larry Brock | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE

Comes now, the accused, Larry Brock and moves for an extension of time to file pretrial motions.  Mr. Brock asserts as follows:

1.    The initial deadline set by this Court for motion is June 24.

2.    Mr. Brock and undersigned counsel require additional time to finalize motions.

3.    Mr. Brock's trial is not until November and the pretrial hearing has not been scheduled, leaving ample time to complete motions.

4.    The government has agreed to this request.

For the foregoing reasons, the defendant respectfully requests an extension of time to file motions until July 1.

Respectfully Submitted,

By:

/s/ *Charles Burnham*
Charles Burnham VSB # 72781
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173
charles@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I have served this filing on the government through the ecf system.

Respectfully Submitted,

By: /s/ *Charles Burnham*
Charles Burnham VSB # 72781
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com