UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**LARRY BROCK,**<br>         **Defendant.** | Criminal Action No. 21-140 (JDB) |

# ORDER

Upon consideration of defendant Larry Brock's [46] Motion to Dismiss Count I or in the Alternative for a Bill of Particulars, [47] Motion to Adopt Motion of Other January 6th Defendant and for Change of Venue, [48] Motion to Compel Discovery, and [49] Motion to Compel Discovery on Selective Prosecution, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [46] the Motion to Dismiss Count I or in the Alternative for a Bill of Particulars is **DENIED**; it is further

**ORDERED** that [47] the Motion to Adopt Motion of Other January 6th Defendant is **GRANTED**; it is further

**ORDERED** that [47] Motion for Change of Venue is **DENIED**; it is further

**ORDERED** that [48] the Motion to Compel Discovery is **DENIED**; and it is further

**ORDERED** that [49] the Motion to Compel Discovery on Selective Prosecution is **DENIED**.

**SO ORDERED.**

                                                                                          /s/
                                                                              JOHN D. BATES
                                                                         United States District Judge

Dated: August 31, 2022