UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.:21-cr-140 |
| **LARRY BROCK,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to United States Trial Attorney Douglas Meisel.  Douglas Meisel will be substituting for AUSA Justin Todd Sher.

Respectfully submitted,

Matthew M. Graves
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:    /s/  Douglas Meisel____
**Douglas Meisel**
Trial Attorney
Narcotic & Dangerous Drug Section | U.S. Department of Justice, Criminal Division
145 N Street NE, East Wing, Suite 2300 |
Washington, D.C. 20530
Office: (202) 598-2281 | Cell: (202) 923-7821
douglas.meisel@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 12th day of October 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                                                     _____
                                                                                     DOUGLAS MEISEL
                                                                                     United States Trial Attorney