# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| United States | ) | |
| | ) | |
| v. | ) | NO. 1:21cr140 |
| | ) | |
| Larry Brock | ) | |
| | ) | |
| Defendant. | ) | |

## RESPONSE TO GOVERNMENT MOTION TO STRIKE

Upon further review of the government's motion and cases cited therein defendant Larry Brock takes no position on the government's motion to strike and submits the matter to the Court's discretion

Respectfully Submitted,

By:

/s/ *Charles Burnham*
Charles Burnham VSB # 72781
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173
charles@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I have served this filing on the government through the ecf system.

    Respectfully Submitted,

    By: /s/ *Charles Burnham*
    Charles Burnham VSB # 72781
    *Attorney for the Accused*
    Burnham & Gorokhov, PLLC
    1424 K St. NW, Suite 500
    Washington, DC 20005
    (202) 386-6920 (phone)
    (202) 765-2173 (fax)
    charles@burnhamgorokhov.com