1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | * |  |
|---|---|---|
|  | * |  |
| v. | * | 21-CR-140 |
|  | * |  |
|  | * |  |
| LARRY BROCK | * |  |
|  | * |  |
|  | * |  |
|  | ****** |  |

## EXHIBIT LIST

| Ex. No. | Description | Witness | Identified | Admitted |
|---|---|---|---|---|
| 1 | Photo |  |  |  |
| 2 | Photo |  |  |  |
| 3 | Photo |  |  |  |
| 4 | January 14, 2021 transcript* |  |  |  |

*Mr. Brock reserves the right to introduce exhibits designated by the government and may supplement this list with materials recently produced.