# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**United States**

    **Plaintiff**

    v.                                                       Criminal Case No.:  21-CR-140 (JDB)

**Larry Rendall Brock**

    **Defendant**

## FIRST AMENDED TRIAL EXHIBITS FOR THE UNITED STATES[1]

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| *0 Series - Physical Exhibits* | | | | |
| 1 | *Camouflage Jacket* | | | J. Moore |
| 2 | *Patch from Vest (Punisher)* | | | J. Moore |
| 3 | *Boarding Pass* | | | J. Moore |
| 4 | *Luggage Tags* | | | J. Moore |
| 5 | *Neck Gaiter* | | | J. Moore |
| *100 Series - Maps* | | | | |
| 101 | Map of Capitol Grounds | | | S. Patton |
| 102 | Map of Third Floor of Capitol | | | S. Patton |
| 103 | January 6, 2021 – Restricted Perimeter (Map) | | | S. Patton |
| 104 | Third-Party Vendor Three-Dimensional Map | | | S. Patton |
| *200 Series – Third Party Photographs and Documents* | | | | |
| 201 | Photo of West Front of Capitol | | | S. Patton |
| 202 | Photo of West Side Capitol (no scaffolding) | | | S. Patton |
| 203 | Photo of West Side Capitol (no scaffolding) red box | | | S. Patton |
| 204 | Photo of Snow Fencing/Bike Racks | | | S. Patton |

---

[1] Changes made from the previous exhibit list filed on November 10, 2022 are noted in italics.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 205 | Email Attachment U.S. Secret Service Head of State Notification for VP Pence – 01/05/2021 | | | E. Glavey |
| 206 | U.S. Secret Service Head of State Notification for VP Pence – 01/05/2021 | | | E. Glavey |
| 207 | Radio Run Recording – 01/06/2021 ("Breached Building") | | | E. Glavey |
| 208 | Radio Run Recording – 01/06/2021 ("Making Access to Second Floor") | | | E. Glavey |
| 209 | Radio Run Recording – 01/06/2021 ("People Five to Ten Feet Away") | | | E. Glavey |
|  | 300 SERIES – COMMUNICATIONS SEIZED FROM BROCK'S CELLULAR PHONE | | | |
| 300 | Text Message with M. David – 12/20/2021 & 01/02/2021 | | | J. Moore |
| 301 | Text Message with FNU LNU – 01/06/2021 | | | J. Moore |
| 302 | Text Message with FNU LNU – 01/06/2021 | | | J. Moore |
| 303 | Text Message with FNU LNU – 01/07/2021 | | | J. Moore |
| 304 | Text Message with T. Schulz – 01/08/2021 | | | J. Moore |
| 305 | Text Message with D. Bohannon – 01/10/2021 | | | J. Moore |
| 306 | *Photo – March to Capitol 1* | | | *J. Moore* |
| 307 | *Photo – Body Armor* | | | *J. Moore* |
| 308 | *Photo – Selfie with Body Armor* | | | *J. Moore* |
| 309 | *Photo – March to Capitol 2* | | | *J. Moore* |
| 310 | *Photo – Streets of DC 1* | | | *J. Moore* |
| 311 | *Photo – Upper West Terrace of Capitol* | | | *J. Moore* |
| 312 | *Photo – Boarding Pass (DFW – IAD)* | | | *J. Moore* |
| 313 | *Photo – Selfie at Stop the Steal Rally* | | | *J. Moore* |
| 314 | *Photo – Stop the Steal Rally 1* | | | *J. Moore* |
| 315 | *Photo – West Side of Capitol near Senate Wing Doors* | | | *J. Moore* |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| *316* | *Photo – Stop the Steal Rally 2* | | | *J. Moore* |
| *317* | *Photo – Stop the Steal Rally 3* | | | *J. Moore* |
| *318* | *Photo – Brock on Senate Floor (Downloaded)* | | | *J. Moore* |
| *319* | *Photo – Inside Capitol looking onto West Front* | | | *J. Moore* |
| *320* | *Photo – March to Capitol 3* | | | *J. Moore* |
| *321* | *Photo – Streets of DC 2* | | | *J. Moore* |
| *322* | *Video – Stop the Steal Rally 1 (Trump Speaking)* | | | *J. Moore* |
| *323* | *Video – Stop the Steal Rally 2 (Trump Speaking)* | | | *J. Moore* |
| *324* | *Video – Stop the Steal Rally 3 (Crowd)* | | | *J. Moore* |
| *325* | *Video – Brock Body Armor* | | | *J. Moore* |
| *326* | *Video – Stop the Steal Rally 4* | | | *J. Moore* |
| 400 SERIES – U.S. CAPITOL CCTV VIDEOS | | | | |
| 400 | CCTV – USCP Compilation West Side | | | S. Patton |
| 401 | CCTV – Time Lapse (West Side) | | | S. Patton |
| 402 | CCTV – East Front (VP Motorcade) | | | S. Patton |
| 403 | CCTV – Senate Lobby Door (VP Pence Leaving) | | | S. Patton |
| 404 | CCTV – Senate Gallery E | | | S. Patton |
| 405 | CCTV – Senate Gallery SW | | | S. Patton |
| 406 | CCTV – *Memorial Doors* | | | S. Patton |
| 407 | CCTV – West Stairs | | | S. Patton |
| 408 | CCTV – Senate Gallery W | | | S. Patton |
| 409 | CCTV – West Stairs | | | S. Patton |
| 410 | CCTV – *Parliamentarian Doors* | | | S. Patton |
| 411 | CCTV – Senate Wing Doors | | | S. Patton |
| 412 | CCTV – Rotunda South | | | S. Patton |
| 413 | CCTV – Rotunda Door Interior | | | S. Patton |
| 414 | CCTV – Near S309 | | | S. Patton |
| 415 | CCTV – East Corridor | | | S. Patton |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 416 | CCTV – Gallery Stairs | | | S. Patton |
| 417 | CCTV – Senate Chamber | | | S. Patton |
| 418 | CCTV – Rotunda Door Interior | | | S. Patton |
| 419 | CCTV – Senate Gallery SE | | | S. Patton |
| 420 | *CCTV – Rotunda Door Interior Stairs* | | | *S. Patton* |
|  | 500 SERIES – THIRD PARTY VIDEO | | | |
| 501 | Stop the Steal Rally Video | | | S. Patton |
| 501A | *Stop the Steal Rally Screenshot* | | | *S. Patton* |
| 502 | March to Capitol Video | | | S. Patton |
| 502A | *March to Capitol Screenshot* | | | *S. Patton* |
| 503 | West Plaza Stage Video | | | S. Patton |
| 504 | Stairs to Speaker's Office Video | | | S. Patton |
| 504A | *Stairs to Speaker's Office Screenshot* | | | *S. Patton* |
| 505 | Outside Speaker's Office Video | | | S. Patton |
| 506 | *Outside Speaker's Office Video 2* | | | *S. Patton* |
| 507 | Inside Senate Gallery Video | | | S. Patton |
| 508 | Outside of the Capitol Video | | | S. Patton |
| 509 | *New Yorker Senate Floor Video* | | | *S. Patton* |
| 510 | *Rotunda Door Interior Video* | | | *S. Patton* |
| 511 | *Rotunda Door Interior Video 2* | | | *S. Patton* |
|  | 600 SERIES – CONGRESSIONAL EXHIBITS | | | |
| 600 | Congressional Montage Video | | | |
| 601 | U.S. Constitution, Amendment 12 | | | |
| 602 | 3 U.S.C. 15 | | | |
| 603 | 3 U.S.C. 16 | | | |
| 604 | 3 U.S.C. 17 | | | |
| 605 | 3 U.S.C. 18 | | | |
| 606 | Senate Concurrent Resolution | | | |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 607 | Congressional Record (House) H75, H76, H84, H85 | | | |
| 608 | Congressional Record (Senate) S13, S14, S18 | | | |
| 609 | Senate Video Certificate of Authenticity | | | |
| 610 | House Video Certificate of Authenticity | | | |
| 611 | *CSPAN Senate Floor 1* | | | |
| 611A | *Photo from CSPAN Senate Floor 1* | | | |
| 611B | *Photo 2 from CSPAN Senate Floor 1* | | | |
| 611C | *Photo 3 from CSPAN Senate Floor 1* | | | |
| 612 | *CSPAN Senate Floor 2* | | | |
| 613 | *CSPAN Senate Floor 3* | | | |
| 613A | *Photo 1 from CSPAN Senate Floor 3* | | | |
| 613B | *Photo 2 from CSPAN Senate Floor 3* | | | |
| 613C | *Photo 3 from CSPAN Senate Floor 3* | | | |
| 613D | *Photo 4 from CSPAN Senate Floor 3* | | | |
| 613E | *Photo 5 from CSPAN Senate Floor 3* | | | |
| 614 | *CSPAN Senate Floor 4* | | | |
| 700 SERIES – STIPULATIONS | | | | |
| 700 | Stipulation re: Structure and Background of U.S. Capitol | | | |
| 701 | Stipulation re: Authenticity of CCTV Video | | | |
| 702 | Stipulation re: Electoral College Proceedings | | | |
| 703 | Stipulation re: Authenticity of House and Senate Recordings | | | |
| 704 | Stipulation re: Authenticity of Body-Worn Camera | | | |
| 705 | Stipulation re: Authenticity of Three-Dimensional Capitol Model | | | |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 706 | Stipulation re: Authenticity of Brock's Facebook Account and Messages | | | |
| 707 | Stipulation re: Authenticity of Items Seized from Brock's Residence and FBI Chain of Custody | | | |
| 708 | Stipulation re: Brock's ID throughout the Capitol | | | |
| 800 SERIES – BODY WORN CAMERA ||||| 
| 800 | BWC – Officer Humphrey | | | M. Humphrey |
| 900 SERIES – COMMUNICATIONS FROM BROCK'S FACEBOOK ACCOUNT |||||
| 900 | 11/07/2020 19:45:13 UTC | | | J. Moore |
| 901 | 11/08/2020 02:44:57 UTC | | | J. Moore |
| 902 | 11/09/2020 17:00:56 UTC | | | J. Moore |
| 903 | 11/13/2020 12:58:31 UTC | | | J. Moore |
| 904 | 12/04/2020 18:09:21 UTC | | | J. Moore |
| 905 | 12/05/2020 17:25:21 UTC | | | J. Moore |
| 906 | 12/06/2020 02:50:14 UTC | | | J. Moore |
| 907 | 12/07/2020 22:01:49 UTC | | | J. Moore |
| 908 | 12/11/2020 14:34:36 UTC | | | J. Moore |
| 909 | 12/18/2020 16:16:25 UTC | | | J. Moore |
| 910 | 12/24/2020 23:27:48 UTC | | | J. Moore |
| 911 | 12/26/2020 16:11:01 UTC | | | J. Moore |
| 912 | 12/27/2020 21:34:56 UTC | | | J. Moore |
| 913 | 12/31/2020 14:54:59 UTC | | | J. Moore |
| 914 | 01/01/2021 18:40:57 UTC | | | J. Moore |
| 915 | 01/03/2021 21:53:05 UTC | | | J. Moore |
| 916 | 01/05/2021 02:07:33 UTC | | | J. Moore |