IN THE UNITED STATES DISTRICT COURT
FOR THE DISTTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| | * | |
| v. | * | 21-CR-140 |
| | * | |
| | * | |
| LARRY BROCK | * | |
| | * | |
| | * | |
| | ****** | |

**UPDATED EXHIBIT LIST**

| Ex. No. | Description | Witness | Identified | Admitted |
|---|---|---|---|---|
| 1 | Photo | | | |
| 2 | Photo | | | |
| 3 | Photo | | | |
| 4 | January 14, 2021 transcript* | | | |
| 5 | December 31, 2020 Article | | | |
| 6 | November 9, 2022 302 | | | |

*Mr. Brock reserves the right to introduce exhibits designated by the government and may supplement this list with materials recently produced.

1