# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Case No.: 21-CR-140 (JDB)** |
| **LARRY RENDALL BROCK,** : | |
| : | |
| **Defendant.** : | |
| : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Barry K. Disney is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED:  November 15, 2022         MATTHEW M. GRAVES
                                  UNITED STATES ATTORNEY
                                  D.C. Bar No. 481052

                    By:     */s/ Barry K. Disney*
                            BARRY K. DISNEY
                            Assistant United States Attorney - Detailee
                            Kansas Bar Number 13284
                            United States Attorney's Office for the District of Columbia
                            601 D Street, N.W.
                            Washington, D.C. 20530
                            Office:  202-305-4367
                            Email:  Barry.Disney@usdoj.gov

## CERTIFICATE OF SERVICE

On this 15th day of November 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Barry K. Disney*
BARRY K. DISNEY
Assistant United States Attorney