IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| United States | ) |
| | ) |
| v. | ) NO. 1:21cr140 |
| | ) |
| Larry Brock | ) |
| | ) |
| Defendant. | ) |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

_____
Counsel for the government

Approved on: 11/14/22

_____
Hon. John D. Bates