UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

LARRY BROCK

CRIMINAL NO: 21-140

## Counsel's Acknowledgments Concerning Trial Exhibits

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the Courtroom Deputy, and do agree on the exhibits which will be submitted to the jury for the purpose of deliberations.

**Exhibits Submitted to ~~Jury~~ Judge:**

_____          11/15/2022
Plaintiff                           Date

_____          11-15-2022
Defendant                           Date

**Exhibits Returned to Counsel:**

_____          11/16/22
Plaintiff                           Date

_____          11/16/22
Defendant                           Date