# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

United States

　　Plaintiff

v.　　　　　　　　　　　　　　　　Criminal Case No.: 21-CR-140 (JDB)

Larry Rendall Brock

　　Defendant

## FIRST AMENDED TRIAL EXHIBITS FOR THE UNITED STATES[1]

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| *0 SERIES - PHYSICAL EXHIBITS* | | | | |
| 1 | Camouflage Jacket | 11/14/22 | 11/14/22 | J. Moore |
| 2 | Patch from Vest (Punisher) | | | J. Moore |
| 3 | Boarding Pass | | | J. Moore |
| 4 | Luggage Tags | | | J. Moore |
| 5 | Neck Gaiter | | | J. Moore |
| *100 SERIES - MAPS* | | | | |
| 101 | Map of Capitol Grounds | | | S. Patton |
| 102 | Map of Third Floor of Capitol | | | S. Patton |
| 103 | January 6, 2021 – Restricted Perimeter (Map) | | | S. Patton |
| 104 | Third-Party Vendor Three-Dimensional Map | | | S. Patton |
| *200 SERIES – THIRD PARTY PHOTOGRAPHS AND DOCUMENTS* | | | | |
| 201 | Photo of West Front of Capitol | | | S. Patton |
| 202 | Photo of West Side Capitol (no scaffolding) | | | S. Patton |
| 203 | Photo of West Side Capitol (no scaffolding) red box | | | S. Patton |
| 204 | Photo of Snow Fencing/Bike Racks | | | S. Patton |

[1] Changes made from the previous exhibit list filed on November 10, 2022 are noted in italics.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 205 | Email Attachment U.S. Secret Service Head of State Notification for VP Pence – 01/05/2021 | 11/14/22 | 11/14/22 | E. Glavey |
| 206 | U.S. Secret Service Head of State Notification for VP Pence – 01/05/2021 | | | E. Glavey |
| 207 | Radio Run Recording – 01/06/2021 ("Breached Building") | | | E. Glavey |
| 208 | Radio Run Recording – 01/06/2021 ("Making Access to Second Floor") | | | E. Glavey |
| 209 | Radio Run Recording – 01/06/2021 ("People Five to Ten Feet Away") | ↓ | ↓ | E. Glavey |
| 300 SERIES – COMMUNICATIONS SEIZED FROM BROCK'S CELLULAR PHONE | | | | |
| 300 | Text Message with M. David – 12/20/2021 & 01/02/2021 | | | J. Moore |
| 301 | Text Message with FNU LNU – 01/06/2021 | | | J. Moore |
| 302 | Text Message with FNU LNU – 01/06/2021 | | | J. Moore |
| 303 | Text Message with FNU LNU – 01/07/2021 | | | J. Moore |
| 304 | Text Message with T. Schulz – 01/08/2021 | | | J. Moore |
| 305 | Text Message with D. Bohannon – 01/10/2021 | | | J. Moore |
| 306 | Photo – March to Capitol 1 | | | J. Moore |
| 307 | Photo – Body Armor | | | J. Moore |
| 308 | Photo – Selfie with Body Armor | | | J. Moore |
| 309 | Photo – March to Capitol 2 | | | J. Moore |
| 310 | Photo – Streets of DC 1 | | | J. Moore |
| 311 | Photo – Upper West Terrace of Capitol | | | J. Moore |
| 312 | Photo – Boarding Pass (DFW – IAD) | | | J. Moore |
| 313 | Photo – Selfie at Stop the Steal Rally | | | J. Moore |
| 314 | Photo – Stop the Steal Rally 1 | | | J. Moore |
| 315 | Photo – West Side of Capitol near Senate Wing Doors | ↓ | ↓ | J. Moore |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 316 | Photo – Stop the Steal Rally 2 | 11/14/22 | 11/14/22 | J. Moore |
| 317 | Photo – Stop the Steal Rally 3 | | | J. Moore |
| 318 | Photo – Brock on Senate Floor (Downloaded) | | | J. Moore |
| 319 | Photo – Inside Capitol looking onto West Front | | | J. Moore |
| 320 | Photo – March to Capitol 3 | | | J. Moore |
| 321 | Photo – Streets of DC 2 | | | J. Moore |
| 322 | Video – Stop the Steal Rally 1 (Trump Speaking) | | | J. Moore |
| 323 | Video – Stop the Steal Rally 2 (Trump Speaking) | | | J. Moore |
| 324 | Video – Stop the Steal Rally 3 (Crowd) | | | J. Moore |
| 325 | Video – Brock Body Armor | | | J. Moore |
| 326 | Video – Stop the Steal Rally 4 | | | J. Moore |
| | 400 SERIES – U.S. CAPITOL CCTV VIDEOS | | | |
| 400 | CCTV – USCP Compilation West Side | 11/14/22 | 11/14/22 | S. Patton |
| 401 | CCTV – Time Lapse (West Side) | | | S. Patton |
| 402 | CCTV – East Front (VP Motorcade) | ↓ | ↓ | S. Patton |
| 403 | CCTV – Senate Lobby Door (VP Pence Leaving) | | | S. Patton |
| 404 | CCTV – Senate Gallery E | 11/14/22 | 11/14/22 | S. Patton |
| 405 | CCTV – Senate Gallery SW | | | S. Patton |
| 406 | CCTV – Memorial Doors | | | S. Patton |
| 407 | CCTV – West Stairs | | | S. Patton |
| 408 | CCTV – Senate Gallery W | | | S. Patton |
| 409 | CCTV – West Stairs | | | S. Patton |
| 410 | CCTV – Parliamentarian Doors | | | S. Patton |
| 411 | CCTV – Senate Wing Doors | | | S. Patton |
| 412 | CCTV – Rotunda South | | | S. Patton |
| 413 | CCTV – Rotunda Door Interior | | | S. Patton |
| 414 | CCTV – Near S309 | | | S. Patton |
| 415 | CCTV – East Corridor | ↓ | ↓ | S. Patton |

403(a)   Photo of Exh 404

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 416 | CCTV – Gallery Stairs | | | S. Patton |
| 417 | CCTV – Senate Chamber | | | S. Patton |
| 418 | CCTV – Rotunda Door Interior | | | S. Patton |
| 419 | CCTV – Senate Gallery SE | | | S. Patton |
| 420 | CCTV – Rotunda Door Interior Stairs | | | S. Patton |

500 SERIES – THIRD PARTY VIDEO

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 501 | Stop the Steal Rally Video | 11/14/22 | 11/14/22 | S. Patton |
| 501A | Stop the Steal Rally Screenshot | | | S. Patton |
| 502 | March to Capitol Video | 11/14/22 | 11/14/22 | S. Patton |
| 502A | March to Capitol Screenshot | | | S. Patton |
| 503 | West Plaza Stage Video | | | S. Patton |
| 504 | Stairs to Speaker's Office Video | | | S. Patton |
| 504A | Stairs to Speaker's Office Screenshot | | | S. Patton |
| 505 | Outside Speaker's Office Video | | | S. Patton |
| 506 | Outside Speaker's Office Video 2 | | | S. Patton |
| 507 | Inside Senate Gallery Video | | | S. Patton |
| 508 | Outside of the Capitol Video | | | S. Patton |
| 509 | New Yorker Senate Floor Video | | | S. Patton |
| 510 | Rotunda Door Interior Video | | | S. Patton |
| 511 | Rotunda Door Interior Video 2 | | | S. Patton |

600 SERIES – CONGRESSIONAL EXHIBITS

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 600 | Congressional Montage Video | 11/15/22 | 11/15/22 | |
| 601 | U.S. Constitution, Amendment 12 | | | |
| 602 | 3 U.S.C. 15 | | | |
| 603 | 3 U.S.C. 16 | | | |
| 604 | 3 U.S.C. 17 | | | |
| 605 | 3 U.S.C. 18 | | | |
| 606 | Senate Concurrent Resolution | | | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 607 | Congressional Record (House) H75, H76, H84, H85 | 11/15/22 | 11/15/22 | |
| 608 | Congressional Record (Senate) S13, S14, S18 | | | |
| 609 | Senate Video Certificate of Authenticity | | | |
| 610 | House Video Certificate of Authenticity | ↓ | ↓ | |
| 611 | CSPAN Senate Floor 1 | 11/14/22 | 11/14/22 | PATON |
| 611A | Photo from CSPAN Senate Floor 1 | | | |
| 611B | Photo 2 from CSPAN Senate Floor 1 | | | |
| 611C | Photo 3 from CSPAN Senate Floor 1 | | | |
| 612 | CSPAN Senate Floor 2 | | | |
| 613 | CSPAN Senate Floor 3 | | | |
| 613A | Photo 1 from CSPAN Senate Floor 3 | 11/15/22 | 11/15/22 | |
| 613B | Photo 2 from CSPAN Senate Floor 3 | | | |
| 613C | Photo 3 from CSPAN Senate Floor 3 | | | |
| 613D | Photo 4 from CSPAN Senate Floor 3 | | | |
| 613E | Photo 5 from CSPAN Senate Floor 3 | | | |
| 614 | CSPAN Senate Floor 4 | ↓ | ↓ | |
| 700 SERIES – STIPULATIONS | | | | |
| 700 | Stipulation re: Structure and Background of U.S. Capitol | | | |
| 701 | Stipulation re: Authenticity of CCTV Video | 11/14/22 | 11/14/22 | |
| 702 | Stipulation re: Electoral College Proceedings | 11/14/22 | 11/14/22 | |
| 703 | Stipulation re: Authenticity of House and Senate Recordings | 11/15/22 | 11/15/22 | |
| 704 | Stipulation re: Authenticity of Body-Worn Camera | | | |
| 705 | Stipulation re: Authenticity of Three-Dimensional Capitol Model | ↓ | ↓ | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 706 | Stipulation re: Authenticity of Brock's Facebook Account and Messages | 11/14/22 | 11/14/22 | MOORE |
| 707 | Stipulation re: Authenticity of Items Seized from Brock's Residence and FBI Chain of Custody | 11/14/22 | 11/14/22 | MOORE |
| 708 | Stipulation re: Brock's ID throughout the Capitol | 11/14/22 | 11/14/22 | PATTON |
| 800 | BWC – Officer Humphrey | 11/14/22 | 11/14/22 | M. Humphrey |
| | **800 SERIES – BODY WORN CAMERA** | | | |
| | **900 SERIES – COMMUNICATIONS FROM BROCK'S FACEBOOK ACCOUNT** | | | |
| 900 | 11/07/2020 19:45:13 UTC | 11/14/22 | 11/14/22 | J. Moore |
| 901 | 11/08/2020 02:44:57 UTC | 11/14/22 | | J. Moore |
| 902 | 11/09/2020 17:00:56 UTC | CONDITIONAL ADMITTED | | J. Moore |
| 903 | 11/13/2020 12:58:31 UTC | 11/14/22 | 11/14/22 | J. Moore |
| 904 | 12/04/2020 18:09:21 UTC | 11/15/22 | 11/15/22 | J. Moore |
| 905 | 12/05/2020 17:25:21 UTC | | | J. Moore |
| 906 | 12/06/2020 02:50:14 UTC | | | J. Moore |
| 907 | 12/07/2020 22:01:49 UTC | | | J. Moore |
| 908 | 12/11/2020 14:34:36 UTC | | | J. Moore |
| 909 | 12/18/2020 16:16:25 UTC | | | J. Moore |
| 910 | 12/24/2020 23:27:48 UTC | | | J. Moore |
| 911 | 12/26/2020 16:11:01 UTC | | | J. Moore |
| 912 | 12/27/2020 21:34:56 UTC | | | J. Moore |
| 913 | 12/31/2020 14:54:59 UTC | | | J. Moore |
| 914 | 01/01/2021 18:40:57 UTC | | | J. Moore |
| 915 | 01/03/2021 21:53:05 UTC | | | J. Moore |
| 916 | 01/05/2021 02:07:33 UTC | | | J. Moore |

PATTON