### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| United States | ) |
| | ) |
| v. | )   NO.  1:21cr140 |
| | ) |
| Larry Brock | ) |
| | ) |
| Defendant. | ) |

### MOTION TO CONTINUE SENTENCING

Comes now the Defendant Larry Brock and moves to continue his sentencing date. Mr. Brock submits the following:

1. Mr. Brock's sentencing is scheduled for February 14.  This is the initial sentencing set by the Court following trial, there have been no previous requests for continuance.

2. On Friday, February 3 the government notified the defense of potentially exculpatory information not produced before trial.  Due to the Court's protective order regarding discovery, the exact nature of the information will not be discussed in this filing.  The particulars can be shared in a sealed filing if the Court requires additional information to decide this request.

3. Undersigned counsel requires additional time to research the new evidence to determine if any action needs to be taken on Mr. Brock's behalf.  A brief continuance of approximately 30 days will allow time to do the necessary research.

4. Mr. Brock consents to this continuance request.  He has complied with his

conditions of release throughout this case and has continued to do so.

5. Counsel for the government does not object to this request.

For the foregoing reasons, defendant Larry Brock respectfully requests a continuance of his sentencing for approximately 30 days.

Respectfully Submitted,

By:

/s/ *Charles Burnham*
Charles Burnham VSB # 72781
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173
charles@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I have served this filing on the government through the ecf system.

                        Respectfully Submitted,

                        By: /s/ *Charles Burnham*
                        Charles Burnham VSB # 72781
                        *Attorney for the Accused*
                        Burnham & Gorokhov, PLLC
                        1424 K St. NW, Suite 500
                        Washington, DC 20005
                        (202) 386-6920 (phone)
                        (202) 765-2173 (fax)
                        charles@burnhamgorokhov.com