United States District Judge

John D. Bates

United States Courthouse



Sunday, January 8, 2023

Honorable Judge,

I would like to tell you about the faithful church attendee, business owner of integrity, devoted father and son, and good man I know Larry Brock to be.

I first met Larry in June 2022. We both attended and currently attend Gateway Church with its main campus in Southlake, Texas. I have seen a deep and consistent commitment to his religious beliefs and the community around him. He gives selflessly to those around him as he truly puts his faith into action. On-going financial contributions, verifiable by contribution statements, supporting Gateway Church community resources available to both in the Dallas-Fort Worth area as well as around the world. In addition to financial contributions to local charitable organizations, he freely gives to both friends and strangers any time he finds a need. This Fall I witnessed Larry being approached in a Wal-Mart by an expectant mother with children that shared she was homeless and in need of food. Without hesitation, he bought the mother and children a meal, groceries for later, as well as some money. When I asked, "What if she was lying to you? What if she was just trying to take advantage of you?" He responded, "I have to do the right thing."

This personal moral compass stemming from his sacred beliefs guides Larry not only as he gives back through charity but also throughout his business dealings. As a small business owner, honesty and integrity in each service provided is critical to building your business reputation. I have been present for a few customer exchanges where he has gone above for the best customer service. Larry has allowed his business to absorb losses to remove even the shadow of a doubt that a customer may have had. On one occasion, a customer believed Larry had overlooked a certain quality check in his work. He took as many phone calls as needed to walk the customer, as well as the customer's relatives, through the quality control process, explaining each requirement. On other occasions, I have seen Larry issue refunds and discounts for work thoroughly and accurately completed, as verified by other colleagues and vendors, solely to ensure that even the pickiest customer would know with certainty that he had provided excellent service beyond reproach.

Larry cares for not one, but two sets of elderly parents in frail health as well. He is the only child that lives locally for both his mother and stepfather as well as father and stepmother. He takes this responsibility very seriously with several calls and visits to each parent each week. Just this last week, Larry assisted with taking down Christmas decorations and hauling them up to the attic for his father and stepmother as they are unable to lift

boxes. Larry's father is confined to a wheelchair so also requires additional support from Larry as well as his stepmother. The week prior, he spent an afternoon shopping for quality ingredients from a nice grocery store and a day cooking chili to bring to his mother and stepfather for a Christmas Day meal.   Some men may be known in their community, church, and business as generous and honorable yet deal with their own families and private relationships more harshly. Larry is not one of those men. He genuinely, graciously gives regardless of whether anyone sees or knows.

As a father, Larry's love for his children is ceaseless. Like many fathers in divorce situations, he is limited in quantity of time he can spend with his son still of the home but clears his schedule of every conflict to spend focused time building a quality relationship.   I have witnessed Larry be exceptionally long-suffering throughout the family court process, honoring the Court's process and requirements while patiently continuing to advocate for the most time with his son possible.  Where many men would give up, he perseveres with an enduring and admirable commitment to the responsibilities of fatherhood and the privileges of providing his son a home and family.

Larry's dedication to his family is not limited to his parents and children. Every year, Larry rents a house by the beach during the summer to support family connection and memories. He takes time away from his work, at what is the most profitable time of the year, scheduling according to what's convenient for all his siblings, their spouses, as well as his nieces and nephews. Then each year at Christmas, Larry and his brothers organize a family kickball game for all the children and teenagers and any who are brave enough among the rest of the family to get out and stretch their legs. This entire family has been blessed by his hard work to pull off family events.

I must admit, I have watched Larry over the last year like a hawk. Working for a defense contractor, I am extremely cautious with any new social connections, even those that attend my church. I am also a mother, and for that reason tend to be even more vigilant than for the sake of my job or clearances. I have been seeking a 'chink in the armor' if you will. I have been looking for a reason I should not be friends with this man. I can find none. There are very few men that even appear to have the level of integrity he displays. Of those that appear to be this good of a man, very few are. I can attest that Larry is one of the few.

Your Honor, I don't know you. I don't know if you'll even read this. It's hard to believe my voice will ever make a difference in a bizarre situation like this one. But if the Court will permit me, my country is best served by permitting Larry Brock his freedom, and thereby enabling a sustaining and much needed good to the community around him.

Sincerely,

January 20, 2023

United States District Court

United States District Judge

John D. Bates

Honorable Judge Bates,

Please indulge a few moments of your valuable time for me to illustrate the honest and authentic character of Mr. Larry R. Brock, Jr.

I have known Larry since the summer of 1986, when we began our sophomore year together at the United States Air Force Academy in Colorado Springs, Colorado. We were Squadron-mates, and very close friends. We graduated together in May, 1989, and attended pilot training in the same class at Laughlin Air Force Base, Texas (graduating the following year). At that point our paths parted, but we remained in touch over the years during our Air Force and civilian careers.

As for my background, after pilot training in the Air Force I returned to Laughlin AFB as a T-37 Instructor Pilot, then proceeded to become an MC-130 Special Operations Pilot, flying missions in North America, South America, Asia and Europe. I eventually earned the rank of Colonel, with multiple command tours of organizations here in the US, as well as overseas in South Korea and the combat zone in the Middle East. As a Commander, one of the most important aspects of evaluating personnel is determining strength of character – among other things, is this person honest and authentic.

Integrity is, perhaps the most important element of character. In the course of my military studies I learned the enemy can capture you and take virtually everything away from you – except your integrity. You have to give away your integrity for it to be lost. Larry lived the Cadet Honor Code at the Air Force Academy. Yes, I stated that exactly as intended. He did not just live under the honor code, he lived it. I recall a time when he was just a couple minutes late for sign-in at the dormitory. No one else was around. He easily could have written down that he had been on time, but he didn't. He put his actual arrival time knowing it would result in the loss of some free time privileges on the next weekend. That, to me is integrity – doing the right thing even when no one is watching.

Respect is another key facet of character.  Although I could never count the number of times I have heard Larry say the phrases, "Yes, Sir" and "Yes, Ma'am" over the last 36 years, he clearly exhibits respect for others regularly in how he interacts with peers, supervisors, and subordinates.  Time and again, I was struck by Larry's natural inclination to afford great respect towards others from the moment he meets them.

Caring is another strong suit for Larry. Family, friends and this great nation of ours are firmly woven into the fabric of his heart.  Caring comes easy to him. Whether it was his own vows he wrote for his wedding, the tender way I have witnessed him dealing with his children, or his willingness to spend extra time helping a fellow pilot prepare for an inflight check ride – it always seemed like an instinct for him, never forced.

If passion was an Olympic sport, Larry would be a gold medalist. You could say he is passionate to a fault, which may have contributed to the scenario leading to this letter! But throughout his life, Larry's passion is what makes him such a good person.  He has always utilized his passion for the benefit of others before himself. I still recall a time in pilot training when he spent hours helping a classmate who was having great difficulty passing his training rides.  Larry was spending countless hours of his own time reviewing aircraft systems, flight procedures, and giving pep talks – prioritizing his friends success over studying and preparing himself for his own training.

Your Honor, thank you for taking the time for me to provide you some insight into Larry's character. He is honest, respectful, caring and passionate – a good man.  I pray you will weigh not just his character, but how he has lived the entirety of his life to this point in making your decision.

Sincerely,





January 22, 2023

The Honorable John D. Bates
United States District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20001

To the Honorable Judge Bates:

This is a character reference letter for Lieutenant Colonel Larry Brock, USAF, Retired, in reference to his felony conviction for obstruction of an official proceeding due to his actions on January 6, 2021 at the U.S. Capitol (Case Number: 1:21-cr-140).

I have known Larry since he joined the Air Force Reserve in 1998 and served as an A-10 pilot in the 706 Fighter Squadron, New Orleans, LA.  I was his Flight Commander and responsible for his supervision and personnel evaluation and can directly attest to his direct positive contributions to the unit.  He fully participated in the unit and was a very visible and integral member with increasing responsibilities to include standards and flying evaluation.

Larry demonstrated an incredible passion for the mission of defending our country and especially our ground troops in providing Close Air Support.  He deployed multiple times for combat and distinguished himself during a deployment to Afghanistan in employing the A-10 in support of ground troops.  I had full confidence in his flying skills and was not surprised at his successes in a combat environment.

I ask that you consider that while Larry did enter the U.S. Capitol on January 6, 2021, his passion that drove him to do so, while inappropriate and misplaced, is also prone to misinterpretation. His actions within the Capitol also demonstrated a restraint of others and protection of the building and official personnel.  Since his arrest, my understanding is that his behavior has demonstrated an exemplary compliance with the restrictions imposed by the court.  I expect that Larry will learn from this experience and subsequently return and provide positive contributions to society with lessons learned.

Please consider Larry's long service to his country with multiple combat deployments, his passion for support of our ground troops, and his behavior since his arrest in determining his sentence to federal prison.  Thank you for your consideration.

Sincerely,

January 7, 2023

Honorable John D. Bates
United States District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20001

Judge Bates,

My name is Rick Weaver and I am a retired businessman living in Plano, Texas.  Over the course of my professional career I was employed by Exxon, AT&T and Rockwell Collins in Houston, Dallas, and Richardson, Texas.  I am writing on behalf of Larry Brock, who I met in 2013 as a business associate and who became, and remains, my friend.

Larry and I met in the United Arab Emirates when I was employed by Rockwell Collins supporting a business pursuit with the Royal Saudi Air Force.  Larry was an executive with one of the subcontractors with whom we were working in the region.   I was immediately impressed with Larry's candor and forthright demeanor; and as I got to know him better over time I came to know those traits were backed by integrity and complete honesty.  From a practical standpoint Larry was extremely helpful in guiding me as I navigated the challenges of doing business in Saudi Arabia.  I very much appreciated the consistent diplomacy with which he handled complex negotiations with the Saudis as well as his dedication to and skill at deescalating potentially contentious situations.

As our business relationship and friendship continued Larry eventually relocated back to the U.S. where he became a valued and trusted co-worker.  Although he and I were in different organizations I could always count on Larry to level with me and provide good advice.  And even when we disagreed it was always in an environment of respect.  I've found Larry to be always a gentleman.

On a more personal level I have come to know Larry as a good man. I believe a man's relationship with his children is key to knowing what kind of man he is.  As a father and grandfather myself I've been impressed with Larry's great love and extreme devotion to his children.  It's quite touching to hear a "man's man" like Larry speak very lovingly and tenderly of his children.

Last, but by no means least, I am a committed Christian and my faith is a very important part of my life.  I know Larry also is a man of faith and over the course of our friendship he and I have had conversations about our shared faith.  Although I have had very limited contact with Larry over the past year I am quite sure his faith has sustained him during that difficult time.

As you decide the consequences for his conviction it is my hope that you will balance Larry Brock's life of honor, integrity, and service against those few unfortunate moments on January 6, 2021; and I'm confident in so doing you will reach a fair, reasonable, and just sentence.



January 4, 2023

The Honorable John D. Bates

United States District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20001

RE:   CASE NO. 21-CR-140 (JDB)

   Defendant: Larry Brock

Dear Judge Bates,

As the step-father of Larry Brock, and have been since he was twelve (12) years of age, I have watched him excel in school, sports, and in the achievement of one of his goals in graduating from the Air Force Academy and becoming a United States Air Force pilot.  Larry has always been respectful of those in authority, and he worked hard at any goal he has wanted to achieve.  His mother Lynda and I have been married since 1980 and we raised a blended family with Larry being the oldest of our four children.

I can attest to the fact that in high school Larry was academically a top student, he participated in track and field events, he was on the honor roll, active in our church, and upon graduation he was accepted at and attended the Air Force Academy.  After graduation Larry began pilot training where he served in the United States Air Force rising to the rank of Lieutenant Colonel.  He continued his service as a reserve officer for several years. During his time with the Air Force he was deployed multiple times to both Iraq and Afghanistan flying the A-10 jet in the protection our ground forces.  He received commendations from the Air Force for his service.

Our service men and women are trained to defend and protect these United States, and from that training and service Larry develop a strong sense of love and devotion to our country and the principles upon which this nation was founded. From this devotion we find true patriots; including those who perhaps stepped over the line, as asserted by the assistant U.S. Attorney, but, in Larry's situation I know him and believe his motives were pure and without any preconceived plan or notion of violating federal law.

As testified to at the trial, Larry demonstrated a desire to preserve the respect due the congressional environment, he was respectful to the police, and absolutely did no harm to property or persons.

Although Larry's case resulted in a conviction, he was not accused of membership in any suspect group, possession of weapons, destruction of property, assaulting law enforcement or any violent act. To the contrary, the U.S. Attorney's Office and FBI all acknowledged that Larry acted on multiple occasions to restrain other demonstrators who were acting in a disorderly manner. It is my understanding Larry can be seen on video admonishing other protesters against disorderly behavior and using his physical presence to restrain them. Officer Nairobi Timberlake of the Capitol Police testified that when he and two other officers were assaulted by a large group of aggressive protesters, Larry intervened to defuse the situation and protect the police.

This is Larry's first offence and it is for entering our Capitol building for a short time.

Larry has sustained emotional and economic repercussions stemming from the January 6 events. He not only lost a job flying for a corporate employer, he also lost his primary income source when the FAA revoked his license to fly.

Despite the trauma of the past two years Larry has done a remarkable job of building a new business. He started a real estate inspection company and has worked very hard in establishing himself in that market with the intent of being able to support himself and his son.

We respectfully ask that your decision be tempered in light of Larry's good character, his respectful conduct on January 6th in our Congressional building, his service to our country, and his desire and need to be home where he can work to support his eight (8) year old son. Benjamin, Larry's son, is very close to his dad and if Larry is required to serve any time Benjamin will also suffer.

Your Honor, I practiced law here in Texas for fifty (50) year before retirement. I do respect the position you hold and the responsibility such service entails. During my years of practice, one of my observations has been that folks of good character can and do make mistakes resulting in criminal filings. However, non-violent first offenders, when given a second chance by our court system, respond positively. The lesson is learned, they repent and move on as good citizens.

Larry's mom and I know our son, he is a good man, he has learned the lesson, and we respectfully ask that your decision is one that does not include incarceration.



January 10, 2023

United States District Judge
John D. Bates
U.S. District Court for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20001

Honorable Judge Bates,

My name is [redacted] and I am a personal friend of Lieutenant Colonel Larry Brock (ret).

I have known Larry for almost five years. I served with him in Afghanistan while flying contract MC-12's for L3 C3ISR. Larry was my partner during indoctrination and we spent considerable amounts of time flying together.

Larry was going thru a divorce when we met. Thru it all he remained focused and professional. All he talked about was being able to see his son and doing his job. He quickly progressed to being an instructor so he could help train junior pilots to be more effective combat pilots. Larry put in long hours and volunteered numerous times to extend his rotations to ensure we had sufficient manning to accomplish the missions in support of combat operations.

I know Larry was there in the Capital on January 6th. I also know how he is as a person. He is one of the finest men I know. A graduate of the United States Air Force Academy who has sworn to protect and defend this nation against all threats, foreign and domestic. An oath I know he takes seriously after flying combat missions with him in Afghanistan. He did not hurt anyone, did not damage anything, kept others from acting disorderly, helped a plain clothes policeman who was being assaulted, and was instrumental in helping the police restore order.

Larry Brock is a good man, a fine officer, a great pilot, a family man who loves his son, and his country. I would not hesitate to get into a cockpit and fly a combat mission with him tomorrow. The country needs more good people just like him. I respectfully ask you to consider what he has done for this nation over his career, and minimize his time away from his son.

Thank You, Your Honor, for your consideration. If you have any questions or would like to talk to me about Larry's impeccable character, please feel free to call me at any time.

Sincerely,

[signature]
[redacted]

20 January 2023

United States District Judge
John D. Bates
United States Courthouse
800 Granby street
Norfolk, VA 23510



Honorable Judge,

My name is ███████; I am a retired Air Force Lt Col and current commercial airline Captain. Allow me to provide you some insight into the character of my dear friend Larry Brock.

Larry and I have been close friends my entire adult life. We were in the same squadron at the Air Force Academy beginning in 1986 through 1989. He was one of my groomsmen in my wedding. Through the years, while serving in the Air Force and beyond, we have kept close contact and there is little we don't know (good and bad) about each other.

Larry is a man of principle, in much the same way our founding fathers were men of principle, and as such he is at times shunned by society (as were our founding fathers). It is undeniable that today's society suffers from cognitive dissonance and becomes agitated when a principled man shines light on how far they have strayed from their own ideals, yet Larry is unphased and stands ready to give his life to defend their right to malign him. Cadets at the Air Force Academy, in my day, were required to memorize the six articles of the military code of conduct. Few of us contemplated the words that we memorized, the ideals and potential sacrifice behind those words, and even fewer internalized the lofty ideals in those six articles. Without question, Larry was one of the few that internalized and lived those ideals. We throw around words like "honor", "courage", "integrity", and we speak of ideals like "life", "liberty" and "pursuit of happiness", but to Larry these are more than words, they are knit into his very DNA.

Only a few short days after we were commissioned as officers in the USAF in 1989, the Chinese uprising in Tiananmen Square culminated in a massacre of those protesting for free speech, democracy and free press. I remember the indelible picture of a lone protester standing in front of a row of tanks, refusing to move in the face of certain death for what he believed. He was an unknown, unsung, unarmed hero, guilty only of lofty principles, who most historians believe was ultimately executed. Larry Brock and that unsung hero are kindred spirits and there is no doubt given similar circumstances, Larry would have been standing in the same place making the same sacrifices.

America is a better place with Larry in it. When, as a result of January 6th 2021, his chosen career of flying was taken from him, Larry became a successful small businessman. He works hard at his business, treating his customers with respect and running his business according to the highest principles of conduct. His days are full, but he preserves quality time with his young son and gives of his time, talents and treasure at his church. Larry gives more than he takes. He cares for his aging parents and volunteers to help those

less fortunate than himself. Larry believes that we are but stewards of all that we have – it all belongs to God.

Sir, I do not envy your position. You have to make decisions that affect lives based upon what is often "limited" information.  As a pilot, I have to do the same; as an airline captain, those decisions affect the lives of many people – in a way I understand the weight of your duty. I can see by your case history and rulings that you are a thoughtful man, with a heart for the law and children. I don't exactly know why Larry ended up where he ended on January 6th 2021, but I firmly believe that he was there because he felt the fabric of our country and our liberty were in jeopardy.  Larry was there to peacefully protest. It would have violated his sense of duty and self to be absent. I can say with certainty that had he witnessed a government official or policeman in jeopardy, he would have laid down his life to protect them.  In 55 years, I have made many close friends. They are all great people, but less than a handful possess the forthright character of Larry Brock. I am reminded of a quote by Thomas Jefferson: "In matters of style, swim with the current, in matters of principle, stand like a rock." The decision before you comes at a time when the current is strong and hard to resist, I pray that you will stand like a rock with a decision set this great human being free with time served.

I welcome an opportunity to discuss matters of Larry with you. If I should be so lucky my cell number is

God bless our country and our judicial system.


V/R,





January 22, 2023

The Honorable John D. Bates
United States District Court Judge
US District Court for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20001

Honorable Judge Bates,

This is a character reference letter for Larry Brock in reference to his conviction for obstructing an official proceeding on January 6, 2021. (Case Number: 1:21-cr-140)

I served in the United States Air Force for 36 years, retiring at the rank of Major General. Larry Brock and I served together in 2004-2006 and crossed paths over the remainder of our careers. As his commander, I witnessed firsthand his abilities as an officer and how he excelled at any task given. His enthusiasm for of our unit was infectious for all.

As the unit prepared for a combat deployment in 2004, Larry's expertise was evident, and he quickly rose to the top of my pilot list. On that deployment, Larry risked his life to protect US forces under attack from Taliban elements. At night, in challenging mountainous terrain, he flew below mountain peaks into a valley saturated with enemy forces and successfully employed ordinates. The result thwarted enemy advances on US personnel, saved US lives and defused an ever-escalating situation for the forces at that remote base in Afghanistan. For his actions, Larry was eventually awarded an Air Medal in part for that mission and promoted to the rank of Lieutenant Colonel.

While Larry's actions on January 6, 2021 were not the norm for him, I am confident that he has learned from his mistake. His passion never waivered as he saved American lives in combat and he stepped up without hesitation. Please consider his years of service to the Nation as you evaluate his sentence.

When Larry worked for me, he always performed at an exceptional level and brought nothing but a sincere passion for the United States with him. His long list of combat deployments, care for airmen and service experience have been an asset to our country.



January 23, 2023

The Honorable John D. Bates
United States District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20001

Honorable Judge Bates,

 This character reference letter is for Larry Brock, Lieutenant Colonel, Retired, United States Air Force, in reference to his felony conviction for obstruction of an official proceeding due to his actions on January 6, 2021 at the U.S. Capitol (Case Number: 1:21-cr-140).

 I've known Larry Brock for 26 years and he has continually impressed me with his achievements and professional qualities. Initially, we served together at the 355th Fighter Wing in Davis-Monthan AFB, AZ from June 1996 to April 1998, and then for 8 more years flying both A-10 training and combat missions while assigned to the 926th Fighter Wing in New Orleans, LA from April 1998 to March 2006.  Larry's ability as an officer, pilot, instructor and evaluator has always been sterling. As a Flight Commander in our squadron he mentored our young aviators and was the leader of the experienced cadre. He always excelled in his many flying upgrades amassing many accolades in his aviation career. His performance during his evaluator pilot upgrade was exceptionally noted.

 I witnessed Larry's cool demeanor on high stress and very complex A-10 combat missions I flew with him on two separate deployments to Incirlik, Turkey (Operation Northern Watch) and Bagram, Afghanistan (Operation Enduring Freedom) where he was awarded the Air Medal for meritorious achievement in aerial flight.  On likely the most complex mission I flew in my 28 year Air Force career, he calmly and methodically led a large aircraft package night combat search and rescue training mission with over 40 aircraft in support for a "downed airman". Months later, the F-16 squadron weapons officer who was the lead pilot on one of the fighter support 4-ship's, recognized me in passing from the mission's pre and post mission briefings. He commended us again for a job well done and admitted he wouldn't have been able to pull off that demanding mission with the success that Larry and I did. Honestly, I couldn't have done it without Larry and his encouragement, leadership and mentoring. Larry pushed me to fly better, and pushed others to be better people, pilots and officers.

 Because of his flying skills and leadership, Larry was hand-picked to be our squadron's Chief of Standardizations and Evaluations, and then as deployed Chief of Scheduling for over 40 airmen on a rigorous combat deployment to Afghanistan.  In the Air Force, his flying capabilities far exceeded the performance of other pilots in his peer group, and he was incredibly successful in sharing his experiences with others in order to

make everyone he engaged with a better aviator and officer. Preeminent qualities that come to mind are his excellence, professionalism and teamwork.

On another deployment, I recall a junior enlisted member, one of our aircraft maintenance crew chiefs, pleading for his help with a military pay issue. Military pay had incorrectly misplaced a decimal on his pay statement by two decimal positions. The enlisted member was paid less than $10.00 on his mid-month pay statement. I remember Larry getting involved in this pay issue that actually affected several other members as well, even offering to help one of them financially without hesitation because the military pay office was slow to help. Larry's persistence was a key element in effectively resolving this young airman's pay issue, a major mission distraction, as well as other's in the unit experiencing the same problem thus preventing the issue from becoming a cancer to our team's combat effectiveness.

It is without hesitation that I communicate my very favorable experiences concerning Larry Brock. He has displayed himself as an outstanding Air Force officer being recognized multiple times by his superiors, and the junior officer and enlisted members of our unit. But, Larry was not one to take all the credit. After learning a fellow pilot had not been recognized in almost 10 years, he helped organize a defunct awards and decoration program in our unit to ensure everyone was properly recognized for their accomplishments. It was these types of selfless actions that drastically improved morale, motivation and productivity from others in the unit.

Finally, he is an exceptionally qualified pilot proven many times over with "excellent" ratings during flying evaluations, Operational Readiness Inspections and Unit Compliance Inspections. While in the Air Force, his background was thoroughly investigated and scrutinized before being granted a Top Secret security clearance. Larry has always brought a positive attitude, interpersonal skills and leadership with him. His broad experience and the lists of accomplishments are the very attributes we relied on each day in the units I served with him.

Please consider Larry's dedicated service and behavior since his arrest when determining his sentencing.

