*Last updated: September 24, 2021*

# PORTLAND FEDERAL COURTHOUSE PROTEST CASES

    Protestors gathered beginning on May 26, 2020, in various public areas in Portland to protest including the Lownsdale Square, Chapman Square and Terry Schrunk Plaza. The Portland Justice Center, which houses Portland Police Bureau's Central Precinct and the Multnomah County Detention Center borders these parks, as does the Mark O. Hatfield United States Federal Courthouse (hereinafter "Courthouse"). The entire city block occupied by the Courthouse is owned by the USA. The Courthouse was a target of violent protestors and experienced significant damage to the façade, glass and building fixtures in the weeks following the initial protests. [Some 74 people were charged](#) by the U.S. Attorney's Office for the District of Oregon.

| Defendant | Charges | Arrested on Scene? | Case Number | Disposition | Description |
|---|---|---|---|---|---|
| **Completed Cases** | | | | | |
| Evan Kriechbaum | 18:111(a)(1) - Assaulting a Federal Officer | Yes | 3:20-mj-00178 | Dismissed without prejudice | Picked up a recently launched tear gas canister. Officers moved to detain him (affidavit says there was no intent to arrest him) for officer safety. No indication that Kriechbaum tried to throw the canister, but he resisted the officers and tried to escape by swinging his arms and wriggling. Swung his elbow back and hit an officer in the face. Kriechbaum stated that he didn't realize they were police at the time and that he complied once he realized they were police. The officers were wearing protective gear marked "POLICE", but it was the early morning hours. |
| Gretchen Margaret Blank | 18:111(a)(1)[1] - Assaulting a Federal Officer | Yes | 3:20-cr-00224 | Dismissed with prejudice (DRA[2]) | Blank pushed an officer in the back with a "flimsy" plastic shield when he was attempting to arrest another protestor. The |

---

[1] Felony
[2] Deferred resolution agreement.

| Defendant | Charges | Arrested on Scene? | Case Number | Disposition | Description |
|---|---|---|---|---|---|
| | | | | | officer "los[t] his balance." The shield was recovered (pictures in the affidavit). |
| Brodie Storey | 18:111(a)(1) - Assaulting a Federal Officer | Yes | 3:20-cr -00330 | Dismissed with prejudice (DRA) | Officers declared an unlawful assembly and tried to disperse a line of protestors. The affiant alleges that Storey attempted to tackle a deputy U.S. Marshal. The Marshal then tried to arrest Storey, who violently resisted until he was tased. |
| Caleb Wills | 18:111(a)(1) - Assaulting a Federal Officer | Yes | 3:20-cr-00296 | Dismissed with prejudice (DRA) | The alleged victim, a Deputy United States Marshal was assisting another officer with an arrest when he was allegedly attacked by three individuals, including Wills. The assailants grabbed and punched the victim and attempted to take off his mask. Two of the assailants escaped, but Wills was arrested.<br><br>Wills has a criminal history (absence without leave from the TN National Guard, probation violation, drug manufacture, delivery and sale, possession of drug paraphernalia and failure to appear) and has active warrants for burglary and felony breaking and entering. |
| Christopher Fellini[3] | 18:111(a)(1) - Assaulting a Federal Officer | Yes | 3:20-cr-00212 | Dismissed without prejudice | Fellini allegedly shined a green laser at officers. Fellini was tackled and arrested and an officer was hurt in the process (he fell when trying to grab Fellini). Fellini was |

---

[3] https://www.justice.gov/usao-or/pr/seven-arrested-facing-federal-charges-after-weekend-riots-hatfield-federal-courthouse

| Defendant | Charges | Arrested on Scene? | Case Number | Disposition | Description |
|---|---|---|---|---|---|
| | | | | | carrying Mace-brand "Pepper Gel" and a small knife. |
| David Michael Bouchard | 18:111(a)(1) - Assaulting a Federal Officer | Yes | 3:20-mj-00165 | Dismissed without prejudice | Bouchard was told to leave an area. A CBP officer placed a hand on Bouchard's shoulder to move him, when Bouchard put the officer in a headlock. A second officer attempted to remove Bouchard's arm from the first officer and the group ended up in a pile on the ground. Bouchard was arrested. Bouchard admitted that he placed his right arm around the neck and shoulders of the officer, but stated that his intent was not to hurt anyone and was just to "stand his ground." |
| Jeffree Cheyenne Cary | 18:111(a)(1) - Assaulting a Federal Officer | Yes | 3:20-cr-00329 | Dismissed with prejudice (DRA) | Cary used a shield to knock an officer in the back. Cary was then detained and arrested. |
| Jordan Matthew Johnson | 18:111(a)(1) - Assaulting a Federal Officer | Yes | 3:20-mj-00179 | Dismissed without prejudice | Johnson allegedly tried to pick up a smoke grenade that had been activated by law enforcement. Officers tried to stop him with rubber bullets, but eventually tackled him to the ground and placed him under arrest for failing to disperse. While he was being arrested, Johnson allegedly struck an officer in the neck, another in the head and resisted arrest. Johnson was subsequently interviewed and denied being aware that the people he was tackled by were police officers. He saw |

3

| Defendant | Charges | Arrested on Scene? | Case Number | Disposition | Description |
|---|---|---|---|---|---|
| | | | | | camouflage uniforms and denied attacking anyone. Once he was handcuffed, he stopped resisting. <br><br> Johnson has a criminal history from 2007 to 2013 in Oregon, which includes DUI, failure to appear and probation violations. |
| Joshua Webb | 18:111(a)(1) - Assaulting a Federal Officer | Yes | 3:20-mj-00169 | Dismissed without prejudice | Webb allegedly struck an officer in the face with a shield and then punched him in the face with a closed fist. Webb was then arrested and pulled his arms away in resistance. Webb stated that he did not hear any warnings given by FPS and PPB to leave the area and that he was tackled and arrested when he was starting to back up. <br><br> Webb was wearing tactical equipment (tactical vest, shin guards, gloves). |
| Patrick Stafford | 18:111(a)(1)[4] - Assaulting a Federal Officer | Yes | 3:20-cr-00295 | Dismissed with prejudice (DRA) | Stafford allegedly slammed into an officer with a shield while another protestor (Storey) was being arrested to help him get away. Once on the ground, Stafford was compliant and obeyed all commands. |
| Stephen O'Donnell | 18:111(a)(1) - Assaulting a Federal Officer | Yes | 3:20-mj-00166 | Dismissed without prejudice | O'Donnell was allegedly shining a flashlight at a CBP agent. The agent identified himself as a "Border Patrol Agent" and told O'Donnell to show him his hands. O'Donnell threw something at the agent's |

---

[4] Felony

4

| Defendant | Charges | Arrested on Scene? | Case Number | Disposition | Description |
|---|---|---|---|---|---|
| | | | | | face. The agent wasn't sure what the object was, but said it was hard (no injuries). O'Donnell was then arrested. |
| Taylor Charles Lemons | 18:111(a)(1) - Assaulting a Federal Officer | Yes | 3:20-cr-00374 | Dismissed without prejudice | Lemons allegedly charged at a USMS tactical team carrying a home-made shield. He was repelled with a marshal's arm, which Lemons then struck with the shield. Lemons violently resisted arrest ("twisting, turning, and fighting"). Lemons was arrested while other protesters were throwing objects at law enforcement and while officers were trying to secure the courthouse. Lemons was arrested and searched. He was carrying a Luger LCP pistol with 6 rounds loaded. Lemons had a valid CCW permit. |
| Thomas Johnson | 18:111(a)(1) - Assaulting a Federal Officer | Yes | 3:20-mj-00170 | Dismissed without prejudice | Johnson allegedly struck an officer in the face with a homemade shield. Johnson was carrying an ASP baton, OC spray, steel-plated body armor, a helmet, shin guards, gas mask, goggles. |
| Travis Williams | 18:111(a)(1) - Assaulting a Federal Officer | Yes | 3:20-cr-00331 | Dismissed with prejudice (DRA) | Williams was allegedly yelling: "Take your mask off! Let's go." Williams lunged towards the neck and face of an officer and another officer attempted to arrest Williams. Williams violently resisted and pulled the officers over a park bench, ripped off "communication sets" from both officers' vests and ripped part of one officer's ballistic |

5

| Defendant | Charges | Arrested on Scene? | Case Number | Disposition | Description |
|---|---|---|---|---|---|
| | | | | | vest partially off his body. Williams was tased to no effect and continued to fight.<br><br>Williams went limp while the officers were leading him away and screamed that they would need to carry him if he was going to be arrested. Williams continued resisting after being transported to the courthouse. He tried to whip deputies with his hair and tried to break a deputy's arm with his elbow and body weight. Williams said: "I almost ripped your buddy's arm off. I'm a state wrestler." |
| Jennifer Lynn Kristiansen | 18:111(a)(1) - Assaulting a Federal Officer (1)<br><br>40:1315 and 41 C.F.R. 102-74.385 Failing to Obey a Lawful Order (2) | Unknown | 3:20-cr-00245 | Count 1 dismissed with prejudice<br><br>Count 2 dismissed without prejudice | A 37-year-old Portland family law attorney. She claims she was protesting with the "Wall of Moms" when she was separated from the group and groped and assaulted by officers. |
| Giovanni Terrence Bondurant | 18:111(a)(1)[5] - Assaulting a Federal Officer | Yes | 3:2020cr00302 | Dismissed with prejudice (DRA) | A Border Patrol Agent approached Bondurant who was equipped with a shield and had been throwing rocks and bottles with another protestor. The agent told the pair to put down their shields. They refused and tried to leave, when they were grabbed by |

---

[5] Felony

| Defendant | Charges | Arrested on Scene? | Case Number | Disposition | Description |
|---|---|---|---|---|---|
| | | | | | officers. Bondurant struck an officer trying to free the other person, Yarnell. Bondurant told officers that he was in the park with his friend when they were approached by officers. He said that they had found the shields on the ground. Bondurant claimed he didn't throw anything and that he had merely tried to help his friend when he was being arrested. Bondurant denied striking the officer and said the officers were dressed in camouflage. |
| Taimane Jame Teo | 18:111(a)(1) - Assaulting a Federal Officer | | 3:2020cr00205 | Dismissed without prejudice | Teo was accused of assaulting officers with a laser. Known as "Zouk" in the BLM community. A GoFundMe was created for him and had raised $4,050 as of July 7, 2020. |
| Benjamin Wood-Pavich | 18:111(a)(1) - Assaulting a Federal Officer | Unknown | 3:20-cr-00209 | Dismissed without prejudice | No details available. |
| Gabriel Huston | 18:111(a)(1) - Assaulting a Federal Officer | Unknown | 3:20-cr-00252 | Dismissed without prejudice | No details available. It looks like he's a philosophy major at Portland State University.[6] |

---

[6] https://www.facebook.com/PDXCLAS/posts/3257374180953442:0

| Defendant | Charges | Arrested on Scene? | Case Number | Disposition | Description |
|---|---|---|---|---|---|
| Pablo Avvacato | 18:111(a)(1) - Assaulting a Federal Officer | Unknown | 3:20-cr-00278 | Dismissed without prejudice | No details available. Avvacato was previously arrested at a reservoir protest.[7] |
| Douglas Dean | 18:111(a)(1) - Assaulting a Federal Officer | Unknown | 3:20-cr-00279 | Dismissed without prejudice | No details available. |
| Rebecca Mota Gonzalez | 18:111(a)(1) - Assaulting a Federal Officer | Yes | 3:2020mj00168 | Dismissed with prejudice | Gonzalez stood in front of officers and refused to comply with orders to disperse. As an officer reached for Gonzalez, she struck him with a closed fist and then was handcuffed and arrested after minor resistance. |
| Joshua Webb | 18:111(a)(1) - Assaulting a Federal Officer | Yes | 3:20-mj-00169 | Dismissed with prejudice | Webb was ordered to disperse, but refused and struck an officer in the face with a shield and punched the officer with a closed fist when approached. Webb resisted arrest, but was eventually handcuffed. Webb stated that he did not hear any warnings to leave the area and was backing up to leave when he was tackled and arrested. Webb was wearing a black tactical vest and shin guards. |
| Jerusalem A. Callan | 40:1315 and 41 CFR, Section 102-74.380(b) - Willfully Damaging or | Unknown | 3:2020cr00247 | Dismissed without prejudice | No details available. |

---

[7] https://www.oregonlive.com/portland/2013/07/four_arrested_in_mount_tabor_r.html

8

| Defendant | Charges | Arrested on Scene? | Case Number | Disposition | Description |
|---|---|---|---|---|---|
| | Destroying Property | | | | |
| Isaiah Jason Maza, Jr.[8] | 18:111(a)(1) - Assaulting a Federal Officer | Yes | 3:20-CR-00343 | Dismissed (Maza is deceased) | Maza and a group of protestors began removing plywood protection on the front of the Courthouse. Once uncovered, Maza tried to kick in the window, struck it with a metal object that appeared to be a hammer. Someone else eventually broke the window ad Maza placed a lit object into the broken window which exploded. A U.S. Marshal suffered injuries to both of his legs as a result of the blast. Maza was chased from the scene and arrested. |
| Dakota Kurtis Means | 18:111(a)(1) - Assaulting a Federal Officer | Unknown | 3:2020cr00392 | Plead guilty  Sentenced to time served (60 days) with 1 year of supervised release | Means threatened a federal contract employee with a paintball gun outside the Courthouse.[9] |
| Josslynn Kreutz | 40:1315 and 41 C.F.R. 102-74.385 Failing to Obey a | Unknown | 3:2020cr00271 | Dismissed with prejudice | No details available. |

---

[8] https://www.justice.gov/usao-or/pr/portland-man-charged-assaulting-deputy-us-marshal-explosive-device-during-courthouse
[9] https://www.oregonlive.com/crime/2021/01/portland-man-who-threatened-federal-contract-worker-with-paintball-gun-sentenced-to-time-served-year-of-supervision.html?utm_medium=social&utm_campaign=theoregonian_sf&utm_source=facebook&fbclid=IwAR25kRzHLOjWJ8Vj_SZV4ouq5qmUVDTmi1uvy3CXlH6xygyks5Ps_y-TcYU

9

| Defendant | Charges | Arrested on Scene? | Case Number | Disposition | Description |
|---|---|---|---|---|---|
| | Lawful Order (1)[10] | | | | |
| Brodie Storey | 18:111(a)(1) - Assaulting a Federal Officer | Yes | 3:20-cr-00330 | Dismissed with prejudice (DRA) | Storey attempted to tackle an officer. Storey was then arrested while he continued to resist and refused to comply with orders. Another protestor assaulted the officer restraining Storey to try and help him. |
| Carly Anne Ballard | 18:111(a)(1) - Assaulting a Federal Officer | Yes | 3:20mj00163 | Pending arraignment | Ballard was spotted near a breach in the fence surrounding the courthouse and was ordered to move away by officers. She refused and began to approach the officers. She was then placed under arrest for not complying and escorted into the courthouse for processing. There, she allegedly yelled profanities and kicked one of the arresting officers in the leg. |
| Andrew Steven Faulkner[11] | 18:111(a)(1) - Assaulting a Federal Officer | Yes | 3:20cr00203 | Plead guilty, sentenced to three years of probation and home confinement. Government agreed to recommend probation. | Assaulted officers by pointing a high-powered laser at police officers. Possessed a sheathed machete. |

---

[10] **Note**: There were other failing to obey a lawful order cases, but they are not reflected here. Refer to this DOJ list of federal defendants.
[11] https://www.justice.gov/usao-or/pr/seven-arrested-facing-federal-charges-after-weekend-riots-hatfield-federal-courthouse

| Defendant | Charges | Arrested on Scene? | Case Number | Disposition | Description |
|---|---|---|---|---|---|
| Cody Beau Porter | 18:111(a)(1) - Assaulting a Federal Officer | Yes | 3:20cr00211 | Information dismissed | Porter shot a laser at officers. Blank tried to stop officers from arrested Porter. Porter was also carrying a satchel containing 14 "commercial-grade" fireworks (pictures in complaint). |
| Jacob Michael Gaines[12] | 18:111(a)(1) - Assaulting a Federal Officer | Yes | 3:20cr00223 | Guilty to plea to felony, government agreed to recommend low-end of the guidelines | Gaines was observed damaging a barricaded entrance at the Courthouse with a 4 lb DeWalt construction hammer. Officers moved to detain him when Gaines struck one of the deputies with a hammer three times. |
| Lillith Grin | 18:111(a)(1) - Assaulting a Federal Officer | Unknown | 3:20cr00290 | Information dismissed | No details available. |
| Benjamin Bolen | 18:111(a)(1) - Assaulting a Federal Officer | Unknown | 3:20cr00216 | Guilty plea to misdemeanor assault on a police office, | No details available. |

---

[12] https://www.justice.gov/usao-or/pr/texas-man-charged-assaulting-deputy-us-marshal-hammer-during-weekend-protests-portland

11

| Defendant | Charges | Arrested on Scene? | Case Number | Disposition | Description |
|---|---|---|---|---|---|
| | | | | parties jointly recommended probation | |
| Tyler John Gabriel | 18:111(a)(1) - Assaulting a Federal Officer (1-5) | Unknown | 3:20cr00280 | Charged with misdemeanor, pending trial | No details available. |
| Noelle Angelina Mandolfo | 18:111(a)(1) - Assaulting a Federal Officer | Unknown | 3:20cr00282 | Information dismissed without prejudice | No details available. |
| Sabastian Dubar | 18:111(a)(1) - Assaulting a Federal Officer | Unknown | 3:20cr00289 | Charged with misdemeanor, pending trial | No details available. |
| Dakotah Ray Horton | 18:111(a)(1) and (b) - Assault on a Federal Officer with a Dangerous Weapon, Resulting in Bodily Injury (1) | No | 3:20cr00419 | Plea to felony, per plea agreement government agrees to recommend 24 months | Horton assaulted an officer that was arrested striking him several times from behind. He was identified through photos and videos from the events. At the time of arrest, Horton was carrying a HiPoint 9mm semi-automatic firearm in a holster. |
| Ty John Fox | 18:231(a)(3) - Civil Disorder | Yes | 3:2020cr00501 | Charged with civil disorder, pending trial | Fox used a torch lighter to ignite a large, cylindrical firework, which he threw at officers. An explosion and flash was observed near the officers. |

12