January 4, 2023

The Honorable John D. Bates

United States District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20001

RE:   CASE NO. 21-CR-140 (JDB)

     Defendant: Larry Brock

Dear Judge Bates,

As the step-father of Larry Brock, and have been since he was twelve (12) years of age, I have watched him excel in school, sports, and in the achievement of one of his goals in graduating from the Air Force Academy and becoming a United States Air Force pilot.  Larry has always been respectful of those in authority, and he worked hard at any goal he has wanted to achieve.  His mother Lynda and I have been married since 1980 and we raised a blended family with Larry being the oldest of our four children.

I can attest to the fact that in high school Larry was academically a top student, he participated in track and field events, he was on the honor roll, active in our church, and upon graduation he was accepted at and attended the Air Force Academy.  After graduation Larry began pilot training where he served in the United States Air Force rising to the rank of Lieutenant Colonel.  He continued his service as a reserve officer for several years. During his time with the Air Force he was deployed multiple times to both Iraq and Afghanistan flying the A-10 jet in the protection our ground forces.  He received commendations from the Air Force for his service.

Our service men and women are trained to defend and protect these United States, and from that training and service Larry develop a strong sense of love and devotion to our country and the principles upon which this nation was founded. From this devotion we find true patriots; including those who perhaps stepped over the line, as asserted by the assistant U.S. Attorney, but, in Larry's situation I know him and believe his motives were pure and without any preconceived plan or notion of violating federal law.

As testified to at the trial, Larry demonstrated a desire to preserve the respect due the congressional environment, he was respectful to the police, and absolutely did no harm to property or persons.

Although Larry's case resulted in a conviction, he was not accused of membership in any suspect group, possession of weapons, destruction of property, assaulting law enforcement or any violent act. To the contrary, the U.S. Attorney's Office and FBI all acknowledged that Larry acted on multiple occasions to restrain other demonstrators who were acting in a disorderly manner. It is my understanding Larry can be seen on video admonishing other protesters against disorderly behavior and using his physical presence to restrain them. Officer Nairobi Timberlake of the Capitol Police testified that when he and two other officers were assaulted by a large group of aggressive protesters, Larry intervened to defuse the situation and protect the police.

This is Larry's first offence and it is for entering our Capitol building for a short time.

Larry has sustained emotional and economic repercussions stemming from the January 6 events. He not only lost a job flying for a corporate employer, he also lost his primary income source when the FAA revoked his license to fly.

Despite the trauma of the past two years Larry has done a remarkable job of building a new business. He started a real estate inspection company and has worked very hard in establishing himself in that market with the intent of being able to support himself and his son.

We respectfully ask that your decision be tempered in light of Larry's good character, his respectful conduct on January 6th in our Congressional building, his service to our country, and his desire and need to be home where he can work to support his eight (8) year old son. Benjamin, Larry's son, is very close to his dad and if Larry is required to serve any time Benjamin will also suffer.

Your Honor, I practiced law here in Texas for fifty (50) year before retirement. I do respect the position you hold and the responsibility such service entails. During my years of practice, one of my observations has been that folks of good character can and do make mistakes resulting in criminal filings. However, non-violent first offenders, when given a second chance by our court system, respond positively. The lesson is learned, they repent and move on as good citizens.

Larry's mom and I know our son, he is a good man, he has learned the lesson, and we respectfully ask that your decision is one that does not include incarceration.


Sincerely


Lowry H Davison