# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-CR-140-JDB** |
| v. : | |
| : | |
| **LARRY BROCK,** : | |
| : | |
| Defendant. : | |

### Motion for Leave to File United States' Response in Opposition to Defendant's Motion for Release Pending Appeal and Response to Defendant's Motion to Treat Request for Release Pending Appeal as Uncontested

The United States of America respectfully requests leave to file its Response in Opposition to Defendant's Motion for Release Pending Appeal.

On March 28, 2023 the defendant filed a Motion for Release Pending Appeal. ECF No. 101. The undersigned had previously discussed this Motion with counsel for the Defendant, and had stated that the Government was opposed. On March 28 the undersigned was away on work travel and inadvertently did not calendar the fourteen-day response time for this motion. The undersigned apologizes for the oversight, and is submitting the Government response on April 13, as opposed to April 11.

Local Rule 47(b) gives discretion to the District Court that the court <u>may</u> treat the motion as conceded. (emphasis added) This is not, however, a requirement, and the Government would ask that this Court grant the Motion for Leave and accept the Government's attached response to the defendant's Motion for Release Pending Appeal.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

*/s/ April Ayers-Perez*
APRIL AYERS-PEREZ
DOJ Trial Attorney
TX Bar No. 24090975
450 5th St. NW, Suite 11412
Washington, D.C. 20530
(202) 894-4237
April.AyersPerez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant on this 13th day of April, 2023.

*/s/ April Ayers-Perez*
APRIL AYERS-PEREZ
TX Bar # 24090975
DOJ Trial Attorney