# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| United States | ) | |
| | ) | |
| v. | ) | NO. 1:21cr140 |
| | ) | |
| Larry Brock | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is hereby ordered that defendant Larry Brock's BOP surrender date is hereby extended until May 29. All previously issued conditions of release remain in force.

Entered on:_____.

_____.
Hon. John D. Bates