```
 USACN   535.03 *              INMATE PROFILE              *    02-05-2024
PAGE 001                                                         17:22:31
            24991-509           REG
REGNO: 24991-509                 FUNCTION: PRT  DOB/AGE.:
NAME.: BROCK, LARRY RENDALL                     R/S/ETH.: W/M/O     WALSH: NO
RSP..: SPG-SPRINGFIELD USMCFP                   MILEAGE.: 377 MILES
PHONE:                      FAX: 417-837-1717
 PROJ REL METHOD: FIRST STEP ACT RELEASE        FBI NO..: 60199PG8
 PROJ REL DATE..: 12-03-2024                    INS NO..:
 HOME DETN ELIG.: 09-22-2024                    SSN.....: 459533700
 FSA COND REL DT: 08-20-2024     PSYCH: NO      DETAINER: NO       CMC..: YES
OFFN/CHG RMKS: 21-140 (JDB);OBSTRUCT OF AN OFFICIAL PROCEEDING,DISORDERLY
OFFN/CHG RMKS: CONDUCT,PARADE,PICKETING IN A CAPITOL BUILDING; 24M/24M SRT
    FACL CATEGORY      - - - - CURRENT ASSIGNMENT - - - - -  EFF DATE   TIME
    SPG  ADM-REL    A-DES      DESIGNATED, AT ASSIGNED FACIL 05-29-2023 1406
    SPG  ST BILLING NBL DC     NOT BILBL DISTRICT OF COLUMBIA 05-29-2023 1406
    SPG  CARE LEVEL CARE1      HEALTHY OR SIMPLE CHRONIC CARE 06-05-2023 0938
    SPG  CARE LEVEL CARE1-MH   CARE1-MENTAL HEALTH           06-05-2023 0807
    SPG  COR COUNSL CAD C      M. BUCKMASTER, EXT. 1597     05-30-2023 1147
    SPG  CASE MGT   BIR CERT N BIRTH CERTIFICATE - NO       12-06-2023 1206
    SPG  CASE MGT   CMU REF D  CMU REFERRAL DENIED          11-24-2023 0931
    SPG  CASE MGT   DRVE LIC Y DRIVERS LICENSE - YES        06-09-2023 1024
    SPG  CASE MGT   RPP NEEDS  RELEASE PREP PGM NEEDS       06-09-2023 0956
    SPG  CASE MGT   RPP UNT C  RELEASE PREP UNIT PGM COMPLETE 12-06-2023 1156
    SPG  CASE MGT   SSN CARD N SOCIAL SECURITY CARD - NO    06-09-2023 1024
    SPG  CASE MGT   VET P/S Y  PARENT/SPOUSE VETERAN - YES  06-09-2023 1024
    SPG  CASE MGT   VETERAN Y  VETERAN - YES                06-09-2023 1024
    SPG  CASE MGT   V94 COA913 V94 CURR OTHER ON/AFTER 91394 06-09-2023 0955
    SPG  CASE MGT   WA NO HIST NO WALSH ACT OFFENSE HISTORY 03-24-2023 1037
    SPG  CORR SVCS  REQD MONTR REQUIRED MONITORING          03-28-2023 0910
    SPG  CASEWORKER CAD C      R. CARPENTER, EXT. 1247      05-30-2023 1147
    SPG  CUSTODY    IN         IN CUSTODY                   03-24-2023 1034
    SPG  DOCTOR     RSWORDS/NK RSWORDS/NK                   06-01-2023 1058
    SPG  DRUG PGMS  ED NONE    DRUG EDUCATION NONE          06-09-2023 0955
    SPG  DESIG/SENT DELTA      TEAM DELTA                   03-24-2023 1036
    SPG  DESIG/SENT FDCD YES   FDCD-FULLY COMPLIED W/JUD REC 03-29-2023 1443
    SPG  DESTNATION CDA 6QM    VOL OF AMERICA FT WORTH TX   07-23-2024 2125
    SPG  EDUCATION  ACT WRKADV ADVANCED ACT WORK KEYS TESSERA 06-09-2023 1344
    SPG  EDUC INFO  ESL HAS    ENGLISH PROFICIENT           06-02-2023 1334
    SPG  EDUC INFO  GED HAS    COMPLETED GED OR HS DIPLOMA  06-02-2023 1334
    SPG  FIN RESP   COMPLT     FINANC RESP-COMPLETED        07-12-2023 1003
    SPG  FIRST STEP AWARD      EBRR INCENTIVE AWARD         12-06-2023 1204
    SPG  FIRST STEP FTC ELIG   FTC-ELIGIBLE - REVIEWED      06-09-2023 0955
    SPG  FIRST STEP N-ANGER N  NEED - ANGER/HOSTILITY NO    12-06-2023 1104
    SPG  FIRST STEP N-ANTISO N NEED - ANTISOCIAL PEERS NO   12-06-2023 1104
    SPG  FIRST STEP N-COGNTV Y NEED - COGNITIONS YES        12-06-2023 1104
    SPG  FIRST STEP N-DYSLEX N NEED - DYSLEXIA NO           06-02-2023 1418
    SPG  FIRST STEP N-EDUC N   NEED - EDUCATION NO          12-06-2023 1104
    SPG  FIRST STEP N-FIN PV Y NEED - FINANCE/POVERTY YES   12-06-2023 1104
    SPG  FIRST STEP N-FM/PAR Y NEED - FAMILY/PARENTING YES  12-06-2023 1104
    SPG  FIRST STEP N-M HLTH N NEED - MENTAL HEALTH NO      12-06-2023 1104
    SPG  FIRST STEP N-MEDICL N NEED - MEDICAL NO            12-06-2023 1104
    SPG  FIRST STEP N-RLF N    NEED - REC/LEISURE/FITNESS NO 12-06-2023 1104

 G0002      MORE PAGES TO FOLLOW . . .
```

```
   USACN  535.03 *              INMATE PROFILE           *      02-05-2024
 PAGE 002 OF 002                                                  17:22:31
            24991-509             REG
 REGNO: 24991-509                 FUNCTION: PRT DOB/AGE.: 02-28-1967 / 56
 NAME.: BROCK, LARRY RENDALL                R/S/ETH.: W/M/O    WALSH: NO
 RSP..: SPG-SPRINGFIELD USMCFP              MILEAGE.: 377 MILES
 PHONE: 417-862-7041       FAX: 417-837-1717
      FACL CATEGORY   - - - - - CURRENT ASSIGNMENT - - - - -  EFF DATE  TIME
      SPG  FIRST STEP N-SUB AB N NEED - SUBSTANCE ABUSE NO    12-06-2023 1104
      SPG  FIRST STEP N-TRAUMA N NEED - TRAUMA NO             12-06-2023 1104
      SPG  FIRST STEP N-WORK N   NEED - WORK NO               12-06-2023 1104
      SPG  FIRST STEP R-MIN      MINIMUM RISK RECIDIVISM LEVEL 12-06-2023 1104
      SPG  LEVEL      LOW        SECURITY CLASSIFICATION LOW  03-29-2023 1442
      SPG  MED DY ST  NO PAPER   NO PAPER MEDICAL RECORD      06-01-2023 1215
      SPG  MED DY ST  REG DUTY   NO MEDICAL RESTR--REGULAR DUTY 06-28-2023 1237
      SPG  MED DY ST  YES F/S    CLEARED FOR FOOD SERVICE     06-28-2023 1237
      SPG  PGM REVIEW JUN        JUNE PROGRAM REVIEW          06-03-2024 1209
      SPG  PT OTHER   MON SM G W MONEY SMART GENERAL POP WAIT 06-26-2023 0852
      SPG  QUARTERS   W01-050L   HOUSE W/RANGE 01/BED 050L    12-14-2023 1104
      SPG  RELIGION   PROTESTANT PROTESTANT                   06-02-2023 1044
      SPG  SECOND RSP UNK        USM UNKNOWN                  05-29-2023 1406
      SPG  STATUS     WC 06/17   WORK CADRE RSWORDS/KENNEY    06-01-2023 1103
      SPG  UNIT MGR   CADRE      A. DIIORIO, EXT. 1453        10-07-2023 1347
      SPG  UNIT       1 GP       UNIT 1 - CADRE               08-16-2023 1444
      SPG  WAITNG LST A&O COMP   COMPLETED A&O                06-06-2023 1322
      SPG  WAITNG LST CIMCOMPLT  CIM PACKET COMPLETED         06-23-2023 1452
      SPG  WAITNG LST GTE PS D-W GATE PASS DENIED-WARDEN      06-20-2023 1527
      SPG  WRK DETAIL FOOD SVC   FOOD SERVICE DEPARTMENT      01-12-2024 0850




 G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
 USACN  531.01 *              INMATE HISTORY              *    02-05-2024
PAGE 001 OF 001 *              WRK DETAIL                 *    17:22:56

 REG NO..: 24991-509 NAME....: BROCK, LARRY RENDALL
 CATEGORY: WRK       FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT  DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
SPG    FOOD SVC    FOOD SERVICE DEPARTMENT       01-12-2024 0850 CURRENT
SPG    UNASSG      UNASSIGNED WORK               11-28-2023 1235 01-12-2024 0850
SPG    ADM DET     ADMINISTRATIVE DETENTION      07-25-2023 0915 11-28-2023 1235
SPG    EDUCATION   EDUCATION DEPARTMENT          06-30-2023 1207 07-25-2023 0915
SPG    A&O         ADMISSION & ORIENTATION       05-29-2023 1406 06-30-2023 1207




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
 USACN             *        INMATE EDUCATION DATA        *      02-05-2024
PAGE 001 OF 001 *              TRANSCRIPT                *        17:21:41

REGISTER NO: 24991-509     NAME..: BROCK                        FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: SPG-SPRINGFIELD USMCFP


-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
SPG  ESL HAS    ENGLISH PROFICIENT         06-02-2023 1334 CURRENT
SPG  GED HAS    COMPLETED GED OR HS DIPLOMA 06-02-2023 1334 CURRENT


---------------------------- EDUCATION COURSES ----------------------------
SUB-FACL    DESCRIPTION                    START DATE   STOP DATE  EVNT AC LV  HRS
SPG CAD     ADVANCED ACT WORK KEYS TESSERA 06-09-2023   CURRENT
SPG CAD     ROP DAY 3                      12-15-2023   12-15-2023   P   C  P    5
SPG CAD     ROP DAY 2                      12-13-2023   12-13-2023   P   C  P    6
SPG CAD     RPP2 INFORMATION MOCK JOB FAIR 06-20-2023   06-26-2023   P   C  P    2
SPG CAD     ACT WORK KEYS                  06-02-2023   06-22-2023   P   C  P   30




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

```
  USACN            *       INMATE DISCIPLINE DATA         *       02-05-2024
PAGE 001 OF 001  *    CHRONOLOGICAL DISCIPLINARY RECORD   *       17:21:03

REGISTER NO: 24991-509 NAME..: BROCK, LARRY RENDALL
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 02-05-2024
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3830732 - SANCTIONED INCIDENT DATE/TIME: 07-21-2023 0701
DHO HEARING DATE/TIME: 10-13-2023 1002           DHO REPT DEL: 11-08-2023 0705
FACL/CHAIRPERSON.....: SPG/R. GICONI
APPEAL CASE NUMBER(S): 1182378
REPORT REMARKS.......: THE GREATER WEIGHT OF THE EVIDENCE DOES SUPPORT THE
                       CHARGE AS WRITTEN
   299  DISRUPTIVE CONDUCT-HIGH - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P   DISALLOW 27 DAYS OF GOOD CONDUCT TIME
                         299 MOST LIKE 296
        LP COMM    / 120 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    120 DAYS LOSS OF COMMISSARY SUSPENDED 180 DAYS CC
                         299 MOST LIKE 296
        LP EMAIL   / 120 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    120 DAYS LOSS OF EMAIL SUSPENDED 180 DAYS CC
                         299 MOST LIKE 296
        LP VISIT   / 120 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    120 DAYS LOSS OF VISIT SUSPENDED 180 DAYS CC
                         299 MOST LIKE 296




G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
USACN          *     INMATE FINANCIAL RESPONSIBILITY    *    02-05-2024
PAGE 001       *       DISPLAY INMATE FINANCIAL DATA    *      17:22:06

REGNO: 24991-509                                             FUNC: PRT

NAME.: BROCK, LARRY RENDALL
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
   USACN          *    INMATE FINANCIAL RESPONSIBILITY     *    02-05-2024
PAGE 002 OF 002  *      DISPLAY INMATE FINANCIAL DATA      *     17:22:06

REGNO: 24991-509    NAME:   BROCK, LARRY RENDALL
FRP ASGN: COMPLT        DATE OF MOST RECENT PAYMENT:  07-11-2023

-----------------------MOST RECENT PLAN INFORMATION------------------------
NUMBER: 1               DATE ADDED: 06-16-2023  BY:  SPG
STATUS: STOPPED         REASON STOPPED: OTHER

-------------------------MOST RECENT PAYMENT PLAN--------------------------

INMATE DECISION: AGREED        50.00           MONTHLY        TRUST FUND
ANTICIPATED START:  07-2023    ACTUAL START:  07-2023
REASON DECISION STOPPED: OTHER
FOR THE FOLLOWING OBLIGATIONS:
          1     2
-------------------------ALL FINANCIAL OBLIGATIONS-------------------------

   OBLIGATION      AMOUNT IMPOSED       BALANCE      PAYABLE       STATUS
NBR    TYPE

   1 ASSMT                180.00           0.00    IMMEDIATE    COMPLETEDZ
   2 REST FV             2000.00           0.00    IMMEDIATE    COMPLETEDZ






G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
USACN  540*23  *           SENTENCE MONITORING          *      02-05-2024
PAGE 001       *           COMPUTATION DATA             *      17:23:30
                           AS OF 02-05-2024

REGNO..: 24991-509 NAME: BROCK, LARRY RENDALL


FBI NO...........:                           DATE OF BIRTH:              AGE:
ARS1.............:
UNIT.............:                           QUARTERS.....:
DETAINERS........: NO                        NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 09-22-2024

FINAL STATUTORY RELEASE FOR INMATE.: 03-03-2025 VIA GCT REL
         WITH APPLIED FSA CREDITS.:  90  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 12-03-2024 VIA FSA REL


              RELEASE AUDIT COMPLETED ON 12-28-2023 BY DSCC
----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, DISTRICT CRT
DOCKET NUMBER...................: 21-140 (JDB)
JUDGE...........................: BATES
DATE SENTENCED/PROBATION IMPOSED: 03-17-2023
DATE COMMITTED..................: 05-29-2023
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                FELONY ASSESS  MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.: $180.00        $00.00           $00.00          $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT: $2,000.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  866    18:1512 OBSTRUCT JUSTICE
OFF/CHG: 18:1512(C)(2)&2OBSTRUCTION OF AN OFFICIAL PROCEEDING&AID/ABET
         18:1752(A)(1)ENTER&REMAIN IN A RESTRICTED BUILDING OR GROUNDS,
         18:1752(A)(2)DISORDERLY&DISRUPTIVE CONDUCT IN A RESTRICTED
         BUILDING OR GROUNDS,40:5104(E)(2)(A)ENTER&REMAIN ON THE FLOOR
         OF CONGRESS.40:5104(E)(2)(D)DISORDERLY CONDUCT IN CAPITOL

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    24 MONTHS




G0002         MORE PAGES TO FOLLOW . . .
```

```
 USACN   540*23  *           SENTENCE MONITORING            *     02-05-2024
PAGE 002         *             COMPUTATION DATA             *     17:23:30
                              AS OF 02-05-2024

REGNO..: 24991-509 NAME: BROCK, LARRY RENDALL


 TERM OF SUPERVISION.............:    24 MONTHS
 DATE OF OFFENSE.................: 01-06-2021

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-13-2023 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-21-2023 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 05-29-2023
TOTAL TERM IN EFFECT............:    24 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     2 YEARS
EARLIEST DATE OF OFFENSE........: 01-06-2021

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    01-10-2021   01-14-2021

TOTAL PRIOR CREDIT TIME.........: 5
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 81
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 03-03-2025
ELDERLY OFFENDER TWO THIRDS DATE: 09-22-2024
EXPIRATION FULL TERM DATE.......: 05-23-2025
TIME SERVED.....................:      8 MONTHS    13 DAYS
PERCENTAGE OF FULL TERM SERVED..:  35.2
PERCENT OF STATUTORY TERM SERVED:  39.6




G0002         MORE PAGES TO FOLLOW . . .
```

```
 USACN  540*23 *             SENTENCE MONITORING              *     02-05-2024
PAGE 003 OF 003 *             COMPUTATION DATA                *      17:23:30
                              AS OF 02-05-2024

REGNO..: 24991-509 NAME: BROCK, LARRY RENDALL



PROJECTED SATISFACTION DATE.....: 12-03-2024
PROJECTED SATISFACTION METHOD...: FSA REL
     WITH FSA CREDITS INCLUDED...:  90

REMARKS.......: 05-29-23 VSD TO SPG D/LMS 10-13-23: GCT UPDT. D/MLM













S0055         NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```