**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| V. | Case No. 21-cr-140 (JDB) |
| LARRY RENDALL BROCK, | |
| Defendant. | |

## INDICATIVE RULING

The Court intends to grant Mr. Brock's motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) based on the retroactive application of Amendment 821 and reduce his sentence from 24 months to 18 months should the D.C. Circuit issue a limited remand of the case for that purpose.

**SO ORDERED.**

DATE: _____

_____
JOHN D. BATES
United States District Court Judge