```
USACN           *        INMATE DISCIPLINE DATA        *      02-05-2024
PAGE 001 OF 001 *     CHRONOLOGICAL DISCIPLINARY RECORD *        17:21:03

REGISTER NO:  ▉▉▉▉▉▉▉▉    NAME..: BROCK, LARRY RENDALL
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 02-05-2024
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.:  ▉▉▉▉▉▉  - SANCTIONED  INCIDENT DATE/TIME: 07-21-2023 0701
DHO HEARING DATE/TIME: 10-13-2023 1002            DHO REPT DEL: 11-08-2023 0705
FACL/CHAIRPERSON.....:  ▉▉▉▉▉▉▉▉▉▉▉▉▉
APPEAL CASE NUMBER(S): 1182378
REPORT REMARKS.......: THE GREATER WEIGHT OF THE EVIDENCE DOES SUPPORT THE
                       CHARGE AS WRITTEN
   299 DISRUPTIVE CONDUCT-HIGH - FREQ: 1
       DIS GCT    / 27 DAYS / CS
       COMP:010 LAW:P   DISALLOW 27 DAYS OF GOOD CONDUCT TIME
                        299 MOST LIKE 296
       LP COMM    / 120 DAYS / CS / SUSPENDED 180 DAYS
       COMP:    LAW:    120 DAYS LOSS OF COMMISSARY SUSPENDED 180 DAYS CC
                        299 MOST LIKE 296
       LP EMAIL   / 120 DAYS / CS / SUSPENDED 180 DAYS
       COMP:    LAW:    120 DAYS LOSS OF EMAIL SUSPENDED 180 DAYS CC
                        299 MOST LIKE 296
       LP VISIT   / 120 DAYS / CS / SUSPENDED 180 DAYS
       COMP:    LAW:    120 DAYS LOSS OF VISIT SUSPENDED 180 DAYS CC
                        299 MOST LIKE 296




G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```