1    Mr. Brock remained in the building for approximately 37
2    minutes, during which time his presence, along with the
3    presence of many others, continued to obstruct the proceeding
4    by preventing Congress from reconvening.  Government's
5    Exhibit 708.  In fact, Mr. Brock was on the floor of the
6    Senate where the proceedings should have been occurring had
7    the crowd not breached and entered the Capitol.
8              Other cases in this district have found that
9    actions like that of Mr. Brock's constituted obstruction of
10   an official proceeding.  Examples, in *United States v.*
11   *Reffitt*, Criminal Case Number 21-32, at 2022 WL 1404247, the
12   Court upheld a jury's verdict that a defendant who did not
13   even enter the Capitol building could nonetheless be found
14   guilty under Section 1512(c)(2) because "by leading a crowd
15   to breach the police line, [the defendant] helped to halt,
16   and thus obstruct, Congress' Joint Session."  In *United*
17   *States v. Rivera*, Criminal Case Number 21-060, citation 2022
18   WL 2187851, June 17th, 2022 decision, the Court rejected the
19   defendant's arguments that he did not in fact obstruct
20   congressional proceedings because both Houses of Congress had
21   recessed by the time that he entered the Capitol.  The Court
22   found this argument failed because "proceedings could not
23   recommence until the entire building was secured and cleared
24   of rioters.  Indeed, even the presence of one unauthorized
25   person in the Capitol is reason to suspend Congressional

1  proceedings." That's jump cite in the *Rivera* case at *6.
2  The Court continued to explain that "[m]any rioters
3  collectively disrupted Congressional proceedings, and each
4  individual rioter contributed to that disruption." Id.,
5  that's a citation to the same page in *Rivera*.
6       Moreover, in my earlier decision in this case,
7  August 31st memorandum opinion denying various defense
8  motions, I explained that "[t]he joint session continued to
9  be obstructed, influenced, and impeded even after Vice
10 President Pence and Members of Congress had fled, as it
11 continued to remain in limbo as the January 6 mob flooded the
12 Capitol throughout the day." *United States v. Brock*,
13 Criminal Case Number 21-140, the citation 2022 WL 3910549.
14      Now second, Mr. Brock acted with the intent to
15 obstruct or impede the election certification when he
16 breached the Capitol building. His Facebook messages show
17 that he intended to obstruct proceedings at the Capitol on
18 January 6th. Some of the more probative messages include the
19 following:
20      December 6, 2020, "We need to restore the
21 Constitution and the best and shortest way is to go offensive
22 on the Communists that stole it, aka the Democratic Party."
23 That's Government's Exhibit 906.
24      December 18, 2020, "I want to actively rebel," in
25 response, this was in response to his friend's message

1  regarding Biden "steal[ing] the election."  Government's
2  Exhibit 909.
3              Third, December 24th, 2020.  Outlining a "Plan of
4  Action if Congress fails to act on January 6th:  Seize all
5  democratic politicians and Biden and key staff."... "Do not
6  kill LEO unless necessary."  And LEO stands for law
7  enforcement officers.  So I'll repeat that.  "Do not kill law
8  enforcement officers unless necessary.  Gas would assist in
9  this if we can get it."  Another quote, "Attempt to capture
10 Democrats with knowledge of coup."  And that's from
11 Government's Exhibit 910.
12             Next, December 26, 2020, we're moving up towards
13 January 6th, we're now about two weeks from January 6th.
14 Little less than two weeks.  "Those are the last two peaceful
15 options," referring to Congress or the Supreme Court acting
16 to overturn the election results.  Government's Exhibit 911.
17             Next, December 27th, 2020.  "I prefer outright
18 insurrection at this point," in response to his friend saying
19 that "[r]iots are for chimps."  Mr. Brock then said that he
20 "[b]ooked the hotel.  Now need to book flights" to "DC on the
21 5th-7th."  That's Government's Exhibit 913.
22             Next, December 28, 2020, "Want to see some panic.
23 Start playing the Purge Siren outside the Capitol on 6
24 January 2021.  Watch Nancy flee."  That's Government's
25 Exhibit 913 as well.