UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**LARRY RENDALL BROCK,**<br><br>Defendant. | **Criminal Action No. 21-140 (JDB)** |

## ORDER

Before the Court are [124] [125] the parties' status reports regarding <u>Fischer v. United States</u>, 144 S. Ct. 2176 (2024), and [123] defendant Larry Rendall Brock's § 2255 motion to vacate his 18 U.S.C. § 1512(c)(2) conviction based on that decision. The government requests a resentencing date in September (and, implicitly, an extended briefing schedule on Brock's § 2255 motion). Brock requests that resentencing occur as soon as possible (preferably in July), with a contemporaneous decision on his § 2255 motion. In the alternative, he asks that "his resentencing proceed independently of the § 2255 so his release from custody is not unduly prolonged." Def.'s Status Report [ECF No. 125] at 2. Such a resentencing—which would still involve § 1512(c)(2), a felony—must be conducted in person rather than by videoconference. <u>See</u> Fed. R. Crim. P. 43(b)(2). And the Bureau of Prisons has informed the Court that it will take roughly a month to process and arrange Brock's transport to this Court.

Accordingly, on consideration of the parties' submissions and the entire record herein, it is hereby

**ORDERED** that defendant's § 2255 motion shall be held in abeyance, with the government's response date to be set at resentencing; it is further

1

**ORDERED** that resentencing is set for August 12, 2024 at 2:00 p.m. in Courtroom 30; it is further

**ORDERED** that the Court waives preparation of a formal revised Presentence Investigation Report, as the information in the initial Presentence Investigation Report and the parties' subsequent submissions (including briefing on multiple motions for release pending appeal) provide the Court with sufficient information to "meaningfully exercise its sentencing authority under 18 U.S.C. § 3553," Fed. R. Crim. P. 32(c)(1)(A)(ii); it is further

**ORDERED** that the Probation Office shall file any materials in aid of sentencing (e.g., information on defendant's conduct while incarcerated and on his accrued time credits, proposed conditions on any term of supervised release) by not later than July 29, 2024; and it is further

**ORDERED** that the parties shall file any additional sentencing memoranda by not later than August 5, 2024.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: July 12, 2024