# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES          :
                       :
          v.           :          No.  1:21cr140
                       :
LARRY BROCK:           :
          Defendant    :
                       :

## CONSENT MOTION TO CONTINUE SENTENCING HEARING

Defendant Larry Brock hereby moves the Court to continue his August 12 sentencing and associated deadlines.  In support of this request, Mr. Brock states the following:

1. On July 12, this Court set Mr. Brock's sentencing for August 12.  ECF 126.

2. As noted in the Court's order, Mr. Brock requested a sentencing date in July because under the current sentence he is likely to be released from house arrest in mid-August.  The online BOP records currently list a September release date but that is not accurate because the BOP website does not reflect up-to-date good time credits and First Step Act credits.  The website should update around the first of the month.

3. As also noted in the Court's order, a sentencing date in July did not prove to be practicable because it would take BOP a month to arrange for Mr. Brock's travel to DC.  As a result, there will be no possibility that Mr. Brock will

receive a sentence on August 12 that will result in a material reduction of his current time.

4.  In light of the apparent impossibility of being sentenced in July, Mr. Brock does not object to the government's initial request for a sentencing date in October and requests that a continuance to that timeframe or later.

5.  In addition to Mr. Brock's chances at a sentence reduction being effectively mooted by the schedule, there are several other factors that favor a continuance, including:

    a.  1) **Undersigned counsel unavailable** - Undersigned counsel is not available on August 12 and would have had to request at least a brief continuance in any case.  Undersigned counsel will be away August 10-16.

    b.  2) **Judicial Efficiency** - If the sentencing is continued until October or later, the Court can hopefully resolve Mr. Brock's pending § 2255 motion at the same time as resentencing.  If Mr. Brock were resentenced and later prevailed on his § 2255 it would require yet another sentencing.  Resolving the § 2255 and the resentencing at the same hearing therefore best promotes judicial efficiency.

    c.  3) **Possible Resolution of Effect of *Fischer*** - The government has not yet stated a firm position of the effect of the Supreme Court's decision

in *Fischer* on Mr. Brock's and other cases involving Obstruction of an Official Proceeding.  Continuing Mr. Brock's case will hopefully allow the government to make its decision on the effect of *Fischer* which could greatly simplify the case.

d. 4) **Avoid Necessity of BOP Arranged Travel** – As stated above, Mr. Brock is currently under house arrest and therefore still in constructive custody of the BOP.  If the case is continued until October Mr. Brock will be off house arrest and can simply travel to his resentencing on his own, saving much time and expense.

6. In summary, it was initially incumbent on counsel to seek an expedited sentencing to attempt to secure at least some benefit to Mr. Brock from the *Fischer* opinion.  Halfway house and home detention conditions involve significant restriction of liberty and a July sentencing may have allowed Mr. Brock a few week head start at rebuilding his life.  However, in light of the fact that this does not appear possible, all factors now weigh in favor of a reasonable continuance.

7. The government does not object to this request.

For the foregoing reasons, Mr. Brock respectfully requests this Court to continue his sentencing hearing and associated deadlines until a date in October or later.

Respectfully submitted,

By: /s/ Charles Burnham
Charles Burnham, Esq.
BURNHAM & GOROKHOV, PLLC
1674 I Street NW, Suite 550
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
michael@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I, Charles Burnham, certify that I served a copy of this filing on opposing counsel through the Court's ecf system.

Respectfully Submitted,

By:


By: /s/ Charles Burnham
Charles Burnham, Esq.
BURNHAM & GOROKHOV, PLLC
1634 I Street NW, Suite 550
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com

CERTIFICATE OF LENGTH LIMITATIONS

I, Charles Burnham, certify that this document complies with the Court rules on length.  It contains 257 words.

Respectfully Submitted,

By:


By: /s/ Charles Burnham
Charles Burnham, Esq.
BURNHAM & GOROKHOV, PLLC
1674 K Street NW, Suite 550
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com