**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Criminal Action No. 21-140 (JDB)** |
| **LARRY RENDALL BROCK,** | |
| **Defendant.** | |

## <u>ORDER</u>

Upon consideration of [128] defendant's consent motion to continue sentencing and associated deadlines until October or later, [127] the Probation Office's supplemental memorandum in aid of resentencing,[1] and the entire record herein, it is hereby

**ORDERED** that the August 12, 2024 resentencing date and associated deadlines are **VACATED**; it is further

**ORDERED** that the government shall respond to defendant's § 2255 motion regarding the impact of <u>Fischer v. United States</u>, 144 S. Ct. 2176 (2024), on defendant's § 1512(c)(2) conviction by not later than September 20, 2024; it is further

**ORDERED** that defendant shall file any reply in support of his § 2255 motion by not later than October 4, 2024; it is further

**ORDERED** that resentencing is set for November 1, 2024 at 2:00 p.m. in Courtroom 30; and it is further

---

[1] The Probation Office previously notified the Court of concerns regarding defendant's alleged threats of online harassment. <u>See</u> Probation Mem. [ECF No. 118]. The Probation Office now "suggests" the addition of new conditions of supervised release at resentencing to address these concerns. Probation. Mem. [ECF No. 127]. The Court will consider these new conditions at resentencing but will not—absent a specific request and developed briefing—consider imposing them at this time. In other words, upon release defendant will remain under the conditions of supervised release imposed in the initial judgment until his resentencing. Defendant is reminded, however, that his "conduct . . . since the original sentencing," including any post-release conduct, is appropriately considered at resentencing. <u>Concepcion v. United States</u>, 142 S. Ct. 2389, 2396 (2022).

**ORDERED** that the parties shall file any additional sentencing memoranda by not later than October 25, 2024.

**SO ORDERED**.

_____ /s/

JOHN D. BATES
United States District Judge

Dated: <u>July 24, 2024</u>