## IN THE US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | No. 1:21-cr140 |
| | : | |
| LARRY BROCK | : | |
| | : | |
| | : | |

## JOINT MOTION TO VACATE NOVEMBER 1 RESENTENCING AND ACCOMPANY DEADLINES

The parties hereby jointly move to vacate Mr. Brock's November 1 resentencing, and the accompanying deadlines, and offer the following representations to the Court in support of this request:

1. Mr. Brock's case is currently set for resentencing on November 1.

2. The government has previously conceded that Mr. Brock's conviction for Obstruction of an Official proceeding is legally flawed in light of *Fischer v. United States*.

3. On October 22, 2024 the government announced an intention to retry Mr. Brock should his obstruction conviction be vacated. The government also communicated various proposals to the defense of possible areas of agreement on how a retrial would work.

4. This development has raised various legal questions the parties need time to prepare to address to the Court including the most appropriate means of

vacating Mr. Brock's conviction, possible legal challenges to the government's announced intention to retry the § 1512 case, and, as mentioned above the legal parameters of any such retrial.

5. The parties propose submitting a status report to the Court by November 15 proposing a schedule to the Court of future proceedings.

Respectfully submitted,

By: /s/ Charles Burnham
Charles Burnham, Esq.
BURNHAM & GOROKHOV, PLLC
1674 I Street NW, Suite 550
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com

By: /s/ April H. Ayers-Perez
April H. Ayers-Perez
Trial Attorney – DOJ
450 5th St NW, Suite 11300
Washington, D.C. 20530
202-894-4237
April.ayersperez@usdoj.gov

CERTIFICATE OF SERVICE

I, Charles Burnham, certify that I served a copy of this filing on opposing counsel through the Court's ecf system.

Respectfully Submitted,

By:


By: /s/ Charles Burnham
Charles Burnham, Esq.
BURNHAM & GOROKHOV, PLLC
1674 K Street NW, Suite 550
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com

CERTIFICATE OF LENGTH LIMITATIONS

I, Charles Burnham, certify that this document complies with the Court rules on length. It contains 257 words.

Respectfully Submitted,

By:


By: /s/ Charles Burnham
Charles Burnham, Esq.
BURNHAM & GOROKHOV, PLLC
1674 K Street NW, Suite 550
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com